Daniel Brister
Wilderness Watch
P.O. Box 9175
Missoula, Montana 59807
Tel: 406-542-2048
danb@wildernesswatch.org
*Pro Hac Vice Applicant*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INCORPORATED and WILDERNESS WATCH, INC., <br><br>  Plaintiffs, <br><br>  vs. <br><br> FELIPE CANO, Forest Supervisor of the Shawnee National Forest, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br>  Defendants. | Case No. 3:25-cv-01850 <br><br> **MOTION FOR ADMISSION PRO HAC VICE OF DANIEL BRISTER** |

**MOTION FOR ADMISSION PRO HAC VICE OF DANIEL BRISTER**

Pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, I, Daniel Brister, hereby move this Court to grant me leave to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiffs.

In support of this motion, I state as follows:

1. I am an attorney with Wilderness Watch, located at P.O. Box 9175, Missoula, MT 59807.

2. I am admitted to practice law and in good standing in the following jurisdictions:
   - State of Montana (Bar No. 64922907)
   - Commonwealth of Massachusetts (BBO No. 714555)

- United States District Court, District of Montana

3. I have never been suspended or disbarred from practice before any court or administrative body.

4. I am familiar with and will abide by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the U.S. District Court for the Southern District of Illinois, and the Rules of Professional Conduct as adopted by this Court.

5. I understand that I am not a member of the bar of this Court and that I must notify the Court promptly of any matter affecting my eligibility for admission *pro hac vice*, including disciplinary proceedings, disbarment, or suspension in any jurisdiction.

7. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

6. Accordingly, I respectfully request that the Court grant this motion and allow me to appear pro hac vice as counsel for Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2025

Respectfully Submitted,

*/s/ Daniel Brister*
Daniel Brister
Wilderness Watch
P.O. Box 9175
Missoula, Montana 59807
Tel: 406-542-2048
danb@wildernesswatch.org
*Pro Hac Vice Applicant*