# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INCORPORATED et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 25-cv-1850-JPG |
| FELIPE CANO, et al., | ) ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

Sarah Rubenstein enters her appearance as co-counsel for Plaintiffs Heartwood, Incorporated and Wilderness Watch, Inc.

Respectfully Submitted,

*/s/ Sarah Rubenstein*
Sarah Rubenstein (Illinois Bar No. 6244789)
Great Rivers Environmental Law Center
4625 Lindell Blvd., Suites 200 and 300
St. Louis, MO 63108
Tel: 314-231-4181
srubenstein@greatriverslaw.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of October, 2025, the above and foregoing was filed electronically on PACER to be serviced by operation of the Court's electronic filing system upon all parties of record.

*/s/ Sarah Rubenstein*