# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INCORPORATED and WILDERNESS WATCH, INC., | ) ) ) ) **Case No.** 3:25-cv-01850-NJR |
| **Plaintiffs,** | ) ) ) |
| vs. | ) ) |
| FELIPE CANO, Forest Supervisor of the Shawnee National Forest, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) |
| **Defendants.** | |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND SDIL LR 7.1-1

Pursuant to Federal Rule of Civil Procedure 7.1 and SDIL LR 7.1-1, Wilderness Watch, Inc. makes the following disclosure:

1. Is the party or intervenor making this disclosure a "non-governmental corporate party" or a "nongovernmental corporation that seeks to intervene" as defined under SDIL-LR 7.1-1?

    ☒Yes   ☐ No

    a. If the answer to Number 1 is "yes," list below any parent corporation, publicly held corporation, affiliated corporation, limited liability company, partnership, firm, joint venture, trust, or other entity, or any individual that owns 10% or more of the disclosing party's or intervenor's stock or 10% or more ownership interest in the disclosing party or intervenor or state that there is no such entity or individual:

        No such entity or individual exists for Wilderness Watch, Inc.

2.   Is the jurisdiction of this action based on diversity under 28 U.S.C. § 1332(a)[1]?

☐ Yes    ☒ No

a. If the answer to Number 2 is "yes," name and identify below the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor making this disclosure. Note that if the disclosing party or intervenor is a limited liability company or partnership, the citizenship of each partner or member must be named and identified through all layers until you reach individuals and/or corporations (and identify the citizenship of those individuals and/or corporations):

Click or tap here to enter text.

The undersigned disclosing party or intervenor understands that under Federal Rule of Civil Procedure 7.1 and SDIL-LR 7.1-1, it will promptly file a supplemental statement upon any change in the information that this statement requires.

---

[1] The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
    (1) citizens of different States;
    (2) citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;
    (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and
    (4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.

DATED:  October 7, 2025

*[signature]*

Signature

Sarah Rubenstein

Name

4625 Lindell Blvd, Suite 200, St. Louis, MO 63108

Address

(314) 231-4181

Phone Number

srubenstein@greatriverslaw.org

Email Address