AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01850-NJR

<div align="center">

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

</div>

This summons for *(name of individual and title, if any)* Steven D. Weinhoeft U.S. Attorney, Southern District of Illinois C/o Civil Process Clerk was received by me on *(date)* 10/14/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kaitlyn Anderson , who is designated by law to accept service of process on behalf of *(name of organization)* Southern District of Illinois  C/o Civil Process Clerk on *(date)* Thu, Oct 16 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0 for travel and $ 65 for services, for a total of $ 65.

I declare under penalty of perjury that this information is true.

Date: 10/16/2025

<div align="center">

*Server's signature*

Matt Black 115.002189
</div>

<div align="right" style="text-align:center">

*Printed name and title*

50 Circle Drive, Fairview Heights, IL 62208

*Server's address*
</div>

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 16, 2025, 11:22 am CDT at 9 Executive Drive, Fairview Heights, IL 62208 received by Kaitlyn Anderson. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 215; Height: 5'6"; Hair: Blond; Anderson is Legal Assistant