UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INCORPORATED and WILDERNESS WATCH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FELIPE CANO, Forest Supervisor of the Shawnee National Forest, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 3:25-cv-01850-NJR ) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

Please take notice that Krystal-Rose Perez of the United States Department of Justice enters her appearance as counsel in the above-captioned matter for Defendants.

Service of all papers by U.S. Mail should be addressed as follows:

> Krystal-Rose Perez
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, DC 20044-7611

Express deliveries (courier, etc.) should be addressed as follows:

> Krystal-Rose Perez
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 150 M Street NE
> Washington, DC 20002

Ms. Perez may be reached by telephone at (202) 532-3266 and by email at krystal-rose.perez@usdoj.gov.

Counsel is registered with the Court's CM/ECF system for electronic filing using the email address set forth above. Ms. Perez is a member of the bar of the State of Texas, and her bar identification number is 24105931.

Respectfully submitted this 17th day of November 2025.

> ADAM GUSTAFSON
> Acting Assistant Attorney General
> U.S. Department of Justice
> Environment & Natural Resources Division
>
> */s/ Krystal-Rose Perez*
> KRYSTAL-ROSE PEREZ
> Trial Attorney
> Natural Resources Section
> 150 M Street NE
> Washington, DC 20002
> 202-532-3266
> krystal-rose.perez@usdoj.gov
>
> *Attorney for Defendants*