UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INCORPORATED and WILDERNESS WATCH, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:25-cv-01850-NJR ) |
| FELIPE CANO, Forest Supervisor of the Shawnee National Forest, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) **DEFENDANTS' NOTICE OF LODGING** ) **THE ADMINISTRATIVE RECORD** ) ) ) |
| Defendants. | ) |

Defendants provide notice of their lodging of the Administrative Record in the above-captioned case. The Administrative Record lodged with the Court consists of materials compiled by the Forest Service related to the Lusk Creek Wilderness Access Project at issue in this case.

Attached as Exhibit 1 to this Notice is the Declaration of Dennis Wilson certifying the Administrative Record. The documents comprising the Administrative Record are on a thumb drive that also contains an index with hyperlinks to the documents. The index is attached as Exhibit 2 to this Notice.

Defendants have mailed to the Clerk of Court's Office two thumb drives containing the Administrative Record. Defendants intend one of the thumb drives to be for the Clerk of Court's Office and the other one for the Chambers of the Honorable Nancy J. Rosenstengel.

In addition, Defendants are providing access to the Forest Service's file sharing platform, Box, to Plaintiffs' counsel at the email addresses provided to Defendants.

Respectfully submitted this 30th day of January 2026.

ADAM GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

 /s/ Krystal-Rose Perez
KRYSTAL-ROSE PEREZ
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
202-532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*

2 – *Defendants' Notice of Lodging the Administrative Record*