UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INCORPORATED and WILDERNESS WATCH, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>FELIPE CANO, Forest Supervisor of the Shawnee National Forest, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:25-cv-01850-NJR |

## DESIGNATION AND CERTIFICATION OF ADMINISTRATIVE RECORD

I, Dennis Wilson, declare as follows:

1. I am employed by the United States Department of Agriculture, Forest Service, located in Vienna, Illinois. I have been employed by USDA for approximately 24 years. Since 2023 I have served as the District Ranger overseeing both the Hidden Springs and Mississippi Bluffs Districts on the Shawnee National Forest and am responsible for all operational aspects conducted by the Forest Service on the Shawnee National Forest, including forestry, fire, wildlife, hydrology, fisheries, archeology, and recreation. I am the District Ranger for the district where the Lusk Creek Wilderness Access Project ("the Project") takes place on the Shawnee National Forest. The purpose of the Project is to facilitate access within the Lusk Creek Wilderness.

2. The Forest Service's Administrative Record for the Project will be filed in court on a flash drive labeled "Lusk Creek Wilderness Access Project AR 3:25-cv-01850" with Bates numbers ranging from 000001 through 001936. This flash drive contains all the record

documents in a searchable format to the extent practical with a hyperlinked index. A separate digital copy of the Administrative Record will also be shared with Plaintiff's counsel.

       3.       I certify that the Forest Service's Administrative Record for the Project contains the documents directly or indirectly considered by the Forest Service for the associated agency actions in the above-captioned case.

       4.       I further hereby certify to the best of my knowledge the documents identified on the index and contained on the attached flash drives provide true and accurate copies of the documents that comprise the Administrative Record for the Project.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/27/2026

                                                                 Dennis Wilson
                                                                 U.S. Forest Service