| Doc Bates Number | Date | Author | Name | Document | Digital File Name and Hyperlink |
|---|---|---|---|---|---|
| 01-Scoping ||||||
| LuskAR000001-000002 | 2024-11-01 | Wilson | LCW Private Inholding Access Scoping Cover Letter.pdf | PDF | LCW Private Inholding Access Scoping Cover Letter.pdf |
| LuskAR000003-000008 | 2024-11-01 | Wilson | LCW Private Inholding Access Scoping Notice.pdf | PDF | LCW Private Inholding Access Scoping Notice.pdf |
| 03-Specialists Reports ||||||
| 03-Specialist Reports\Botany ||||||
| LuskAR000009-000012 | 2024-09-05 | Esch | Lusk Creek Inholding Rt Species List | PDF | Lusk Creek Inholding Rt Species List.pdf |
| 03-Specialist Reports\Engineering ||||||
| LuskAR000013 | 2024-10-22 | Henk | 2525 Lusk Creek Inholding Eng Pts Topo | PDF | 2525 Lusk Creek Inholding Eng Pts Topo.pdf |
| LuskAR000014 | 2024-10-22 | Henk | Point by Point Description | PDF | Point by Point Description.pdf |
| 03-Specialist Reports\MRA ||||||
| LuskAR000015 | 2024-09-19 | Copeland | Lusk Creek Wilderness Access to Private Property 673045 | PDF | Lusk Creek Wilderness Access to Private Property 673045.pdf |
| LuskAR000016-000051 | 2024-09-13 | Chaveas | MRAF Lusk Creek Wildernss Access Road | PDF | MRAF Lusk Creek Wilderness Access Road .pdf |
| 03-Specialist Reports\Soils Hydro ||||||
| LuskAR000052 | 2024-05-02 | Anderson | Lusk Creek Hydrology | PDF | Lusk Creek Hydrology.pdf |
| LuskAR000053 | 2024-10-21 | Anderson | Lusk Creek Soil Map | PDF | Lusk Creek Soil Map.pdf |
| LuskAR000054-000089 | 2024-10-21 | Anderson | Soil Report | PDF | Soil Report.pdf |
| 03-Specialist Reports\Wildlife ||||||
| 03-Specialist Reports\Wildlife\BE ||||||
| LuskAR000090-000101 | 2024-12-13 | Vukovich | Lusk Creek Inholding Project BE | PDF | Lusk Creek Inholding project BE.pdf |
| 03-Specialist Reports\Wildlife\Species List and IPAC determination letter for federal species ||||||
| LuskAR000102-000114 | 2024-12-13 | Vukovich | NLAA Concurrence TRI CLR BAT RW | PDF | NLAA Concurrence TRI CLR BAT RW.pdf |
| LuskAR000115-000125 | 2024-12-13 | Vukovich | Species List Southern Illinois Sub Office | PDF | Species List Southern Illinois Sub Office.pdf |
| 04-Consultation ||||||
| 04-Consultation\Heritage and Tribal Relations ||||||
| LuskAR000126 | 2024-10-24 | Chaveas | SHPO Cover Letter | PDF | SHPO Cover Letter.pdf |
| LuskAR000127 | 2024-11-06 | Carey | SHPO Response | PDF | SHPO Response.pdf |
| 04-Consultation\Heritage and Tribal Relations\THPO Cover Letters ||||||
| LuskAR000128 | 2024-10-24 | Chaveas | THPO Cover Letter Absentee Shawnee | PDF | THPO Cover Letter Absentee Shawnee.pdf |
| LuskAR000129 | 2024-10-24 | Chaveas | THPO Cover Letter Delaware Tribe | PDF | THPO Cover Letter Delaware Tribe.pdf |
| LuskAR000130 | 2024-10-24 | Chaveas | THPO Cover Letter Eastern Shawnee | PDF | THPO Cover Letter Eastern Shawnee.pdf |
| LuskAR000131 | 2024-10-24 | Chaveas | THPO Cover Letter Miami | PDF | THPO Cover Letter Miami.pdf |
| LuskAR000132 | 2024-10-24 | Chaveas | THPO Cover Letter Osage | PDF | THPO Cover Letter Osage.pdf |
| LuskAR000133 | 2024-10-24 | Chaveas | THPO Cover Letter Peoria | PDF | THPO Cover Letter Peoria.pdf |
| LuskAR000134 | 2024-10-24 | Chaveas | THPO Cover Letter Quawpaw | PDF | THPO Cover Letter Quapaw.pdf |
| LuskAR000135 | 2024-10-24 | Chaveas | THPO Cover Letter Shawnee | PDF | THPO Cover Letter Shawnee.pdf |
| LuskAR000136 | 2024-10-24 | Chaveas | THPO Cover Letter UKB | PDF | THPO Cover Letter UKB.pdf |
| 04-Consultation\Heritage and Tribal Relations\THPO Responses ||||||
| LuskAR000137-000138 | 2024-11-19 | Carey | Osage Response | PDF | Osage response.pdf |
| LuskAR000139 | 2024-11-08 | Carey | Quapaw Response | PDF | Quapaw Response.pdf |
| LuskAR000140 | 2025-01-02 | Carey | Shawnee Response | PDF | Shawnee Response.pdf |
| 05-Public Involvement and Comments ||||||
| LuskAR000141-000160 | 2024-11-21 | | Katie Bilodeux email plus attachment binder | PDF | Katie Bilodeau Email plus Attachment Binder.pdf |
| LuskAR000161-000170 | 2024-11-21 | | Katie Bilodeux email plus David Bickell declaration | PDF | Katie Bilodeau Email plus David Nickell Declaration.pdf |
| LuskAR000171-000182 | 2024-11-21 | | Katie Bilodeux email plus John Wallace declaration | PDF | Katie Bilodeau Email plus John Wallace Declaration.pdf |
| LuskAR000183-000184 | 2024-11-21 | | Katie Bilodeux email plus Sam Stearns declaration | PDF | Katie Bilodeau Email plus Sam Stearns Declaration.pdf |
| LuskAR000185-000201 | 2024-11-21 | | Katie Bilodeux email plus WW and Heartwood Comments | PDF | Katie Bilodeau Email plus WW and Heartwood Comments.pdf |
| LuskAR000202-000204 | 2024-11-18 | Horton | Lusk Creek Inholding Access Project Final Email Wallace | PDF | Lusk Creek Inholding Access Project Final Email Wallace.pdf |
| LuskAR000205-000206 | 2024-11-14 | Wallace | Public Comment 1 for Lusk Creek Private Inholding Access | PDF | Public Comment 1 for Lusk Creek Private Inholding Access.pdf |
| LuskAR000207-000208 | 2024-11-15 | Nelson | Public Comment 2 for Lusk Creek Private Inholding Access | PDF | Public Comment 2 for Lusk Creek Private Inholding Access.pdf |
| 05-Public Involvement and Comments\Response to Comments ||||||
| LuskAR000209-000213 | 2024-12-03 | | Lusk Creek Wilderness Response to Comment 1232024 | PDF | Lusk Creek Wilderness ResponseTo Comments 1232024.pdf |
| 05-Public Involvment and Comments\LateComments ||||||
| LuskAR000214-000216 | 2025-01-30 | | IDNR Lusk Creek Wilderness Private Inholdings Access Project Comments | PDF | IDNR Lusk Creek Wilderness Private Inholdings Access Project Comments.pdf |

| ID | Date | Author | Title | Format | Link |
|---|---|---|---|---|---|
| LuskAR000217-000218 | 2025-01-30 | | USDAFS Lusk Creek Access Project 01302025 IDNR Comments | PDF | USDAFS Lusk Creek Access Project 01302025 IDNR Comments.pdf |
| | | | 06-Maps and Photos | | |
| LuskAR000219 | 2024-08-23 | Henk | 2525 Lusk Creek Inholding Eng Pts Topo 2 Restoration Areas | PDF | 2525 Lusk Creek Inholding Eng Pts Topo 2 Restoration Areas.pdf |
| LuskAR000220 | 2024-11-18 | Horton | LCW Map C | PDF | LCW map C.pdf |
| LuskAR000221 | 2024-08-23 | | LCW Repairs | PDF | LCW repairs.pdf |
| LuskAR000222 | 2023-12-12 | | Lusk Creek Inholding Actual Route | PDF | Lusk Creek Inholding Actual Route.pdf |
| | | | 07-NEPA documents | | |
| LuskAR000223-000228 | 2025-01-21 | Cano | LCW DM | PDF | LCW DM.pdf |
| | | | 08-References | | |
| | | | 08-References\Wildlife References | | |
| | | | 08-References\Wildlife References\BE references | | |
| LuskAR000229-000234 | | Vukovich | Anderson 2005 Conservation Assessment | PDF | Anderson 2005 Conservation Assessment.pdf |
| LuskAR000235-000282 | 1994-08-31 | Vukovich | Brandon 1994 Timber Rattlesnake Status Survey Final Report | PDF | Brandon 1994 timber Rattlesnake Status Survey Final Report.pdf |
| LuskAR000283-000338 | | Vukovich | Brandon 2005 Species Conservation Assessment Crotalus Horridus | PDF | Brandon 2005 Species Conservation Assessment Crotalus horridus.pdf |
| LuskAR000339-000359 | | Vukovich | Brandon 2005 Species Conservation Assessment Hyla Avivoca | PDF | Brandon 2005 Species Conservation Assessment Hyla avivoca.pdf |
| LuskAR000360-000455 | 1994-08-31 | Vukovich | Brandon et al 1994 | PDF | Brandon et al 1994.PDF |
| LuskAR000456-000472 | 2006-08-30 | Vukovich | Brandon et al 2006 | PDF | Brandon et al 2006.pdf |
| LuskAR000473-000484 | 2021-01-16 | Vukovich | Cheng et al 2020 | PDF | Cheng et al 2020.pdf |
| LuskAR000485-000488 | 1992-12-01 | Vukovich | Cummings and Myers 1992 Guide to Freshwater Mussels of Midwest | PDF | Cummings and Meyers 1992 Field Guide to Freshwater Mussels of the Midwest.pdf |
| LuskAR000489-000576 | | Vukovich | Feldhamer et al 2015 | PDF | Feldhamer et al 2015.pdf |
| LuskAR000577-000612 | 2015-01-01 | Vukovich | Jepsen et al 2015 Monarchs USFS Final | PDF | Jepsen et al 2015 monarchs usfs final.pdf |
| LuskAR000613-000620 | 2002-10-01 | Vukovich | Lewis 2002 Stygobromus Subtilis | PDF | Lewis 2002 Stygobromus subtilis.pdf |
| LuskAR000621-000628 | 2016-06-08 | Vukovich | Lorch et al 2016 | PDF | Lorch et al 2016.pdf |
| LuskAR000629-000637 | | Vukovich | Maslo et al 2015 | PDF | Maslo et al 2015.pdf |
| LuskAR000638-000644 | 2017-08-17 | Vukovich | Myczko et al 2017 | PDF | Myczko et al 2017.pdf |
| LuskAR000645-000653 | 2019-09-05 | Vukovich | O'Keefe et al 2019 | PDF | O'Keefe et al 2019.pdf |
| LuskAR000654-000659 | 2021-03-15 | Vukovich | Reptile Road Mortality Palis 2021 | PDF | Reptile road mortality Palis 2021.pdf |
| LuskAR000660-000663 | | Vukovich | Smaga et al 2021 | PDF | Smaga et al 2021.pdf |
| LuskAR000664-000676 | | Vukovich | Taylor 2002 O. Indianensis Cons Assessment | PDF | Taylor 2002 O indianensis Cons Assessment.pdf |
| LuskAR000677-000687 | | Vukovich | Taylor 2002 O. Kentuckiensis Cons Assessment | PDF | Taylor 2002 O kentuckiensis Cons Assessment.pdf |
| LuskAR000688-000698 | | Vukovich | Taylor 2002 O. Placidus Cons Assessment | PDF | Taylor 2002 O placidus Cons Assessment.pdf |
| LuskAR000699-000704 | | Vukovich | Veilleux et al 2003 | PDF | Veilleux et al 2003.pdf |
| LuskAR000705-000710 | 2013-01-01 | Vukovich | Whitby et al 2013 | PDF | Whitby etal 2013.pdf |
| LuskAR000711-000719 | 2013-10-23 | Vukovich | Womack et al 2013 Resource Selection | PDF | Womack et al 2013 resource selection.pdf |
| LuskAR000720-000757 | 2004-08-18 | Vukovich | Zeman and Burr 2004 Bantam Sunfish | PDF | Zeman and Burr 2004 bantam sunfish.pdf |
| | | | 09- Programmatic Documents | | |
| LuskAR000758-001127 | 2006-03-20 | | Shawnee FP EIS.pdf | PDF | Shawnee FP EIS.pdf |
| LuskAR001128-001431 | 2006-03-20 | | Shawnee NF Forest Plan 2006.pdf | PDF | Shawnee NF Forest Plan 2006.pdf |
| LuskAR001432-001763 | 2006-03-20 | | Shawnee NF Forest Plan EIS appendices.pdf | PDF | Shawnee NF Forest Plan EIS appendices.pdf |
| LuskAR001764-001821 | 2006-03-20 | | Shawnee NF ROD forest plan 2006.pdf | PDF | Shawnee NF ROD forest plan 2006.pdf |
| LuskAR001822 | 2006-03-20 | | Shawnee NForest Plan Map.pdf | PDF | Shawnee NForest Plan Map.pdf |
| LuskAR001823-001936 | 2005-12-03 | | U.S. Fish and Wildlife Service Programmatic Biological Opinion for 2006.pdf | PDF | U.S. Fish and Wildlife Service Programmatic Biological Opinion for 2006.pdf |