UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INCORPORATED and WILDERNESS WATCH, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:25-cv-01850-NJR ) |
| FELIPE CANO, Forest Supervisor of the Shawnee National Forest, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) **JOINT MOTION TO MODIFY** ) **SCHEDULING ORDER** ) ) ) |
| Defendants. | ) ) |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, the parties jointly move to modify the Court's December 16, 2025, Scheduling Order, ECF No. 15. In support of this Motion, the parties state the following:

1. The Court entered the scheduling order in this case *sua sponte* after Defendants filed their Answer to Plaintiffs' Complaint. ECF No. 15.

2. For good cause, the Court can modify its scheduling order. Fed. R. Civ. P. 16(b)(4). Good cause primarily focuses on the diligence of the party seeking the modification. *See Trustmark Ins. Co. v. Gen. & Cologne Life Re of Am.*, 424 F.3d 542, 553 (7th Cir. 2005).

3. Good cause exists here because despite the diligence of the parties, the deadlines are difficult to meet. In particular, the current schedule does not provide sufficient time for the parties to resolve disputes regarding the completeness of the Administrative Record, should any arise. Additionally, the parties agree that this matter should be resolved through cross-motions for summary judgment.

4. The parties respectfully request that the Court adopt the proposed schedule below:

a.  On or before February 13, 2026, Plaintiffs shall identify, in writing to Defendants, any issues they have with the Administrative Record, including identifying any documents with which they believe the Administrative Record should be completed or supplemented.

b.  On or before February 20, 2026, Defendants shall respond to Plaintiffs in writing, indicating whether they will agree to complete or supplement the Administrative Record with any of the documents identified by Plaintiffs.

c.  On or before March 6, 2026, Defendants shall lodge any additional documents to complete or supplement the Administrative Record.

d.  On or before March 13, 2026, the parties shall file any motion to complete or supplement the Administrative Record.  Should such motion be filed, the summary judgment briefing schedule proposed below shall be vacated.

e.  On or before March 27, 2026, Plaintiffs shall file their motion for summary judgment, not to exceed 25 pages.

f.  On or before April 24, 2026, Defendants shall file their combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment, not to exceed 35 pages.

g.  On or before May 22, 2026, Plaintiffs shall file their combined response to Defendants' cross-motion for summary judgment and reply in support of their motion for summary judgment, not to exceed 25 pages.

h.  On or before June 5, 2026, Defendants shall file their reply in support of their cross-motion for summary judgment, not to exceed 15 pages.

i.      The parties propose that the Court hear oral argument on the parties' cross-motions for summary judgment the week of June 15, 2026.

j.      Pursuant to Local Rule 56.1(k), the parties are relieved from the requirement of submitting statements of material facts because this is a case that involves the review of an administrative record.


Respectfully submitted this 2nd day of February 2026.

 *s/ Sarah W. Rubenstein (with permission)*
DANIEL M. BRISTER
Wilderness Watch
Po Box 9175
Missoula, MT 59807
406-542-2048
Danb@wildernesswatch.Org

SARAH W. RUBENSTEIN
BRUCE A. MORRISON
Great Rivers Environmental Law Center
4625 Lindell Blvd. Suite 200
Saint Louis, MO 63108
314-231-4181
Fax: 314-231-4194
Srubenstein@greatriverslaw.Org
Bamorrison@greatriverslaw.Org

*Attorneys for Plaintiffs*


ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

 */s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002

202-532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*