UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INCORPORATED and WILDERNESS WATCH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FELIPE CANO, Forest Supervisor of the Shawnee National Forest, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendants. | Case No. 3:25-cv-01850-NJR <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER** |

For good cause shown, the Court hereby GRANTS the parties' Joint Motion to Modify the Scheduling Order and enters the following schedule:

    a.    On or before February 13, 2026, Plaintiffs shall identify, in writing to Defendants, any issues they have with the Administrative Record, including identifying any documents with which they believe the Administrative Record should be completed or supplemented.

    b.    On or before February 20, 2026, Defendants shall respond to Plaintiffs in writing, indicating whether they will agree to complete or supplement the Administrative Record with any of the documents identified by Plaintiffs.

    c.    On or before March 6, 2026, Defendants shall lodge any additional documents to complete or supplement the Administrative Record.

    d.    On or before March 13, 2026, the parties shall file any motion to complete or supplement the Administrative Record. Should such motion be filed, the summary judgment briefing schedule ordered below shall be vacated.

    e. On or before March 27, 2026, Plaintiffs shall file their motion for summary judgment, not to exceed 25 pages.

    f. On or before April 24, 2026, Defendants shall file their combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment, not to exceed 35 pages.

    g. On or before May 22, 2026, Plaintiffs shall file their combined response to Defendants' cross-motion for summary judgment and reply in support of their motion for summary judgment, not to exceed 25 pages.

  2. On or before June 5, 2026, Defendants shall file their reply in support of their cross-motion for summary judgment, not to exceed 15 pages.

DATED: February __, 2026

                                   _____
                                   THE HONORABLE NANCY J. ROSENSTENGEL