IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INC. and<br>WILDERNESS WATCH, INC.,<br><br>            Plaintiffs,<br><br>v.<br><br>FELIPE CANO and UNITED STATES<br>FOREST SERVICE,<br><br>            Defendants. | Case No. 3:25-CV-1850-NJR |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court on the parties' joint motion to modify the scheduling order. (Doc. 17). For good cause shown and pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, the Court **GRANTS** the joint motion and enters the following schedule:

1. On or before February 13, 2026, Plaintiffs shall identify to Defendants in writing any issues they have with the Administrative Record, including identifying any documents with which they believe the Administrative Record should be completed or supplemented.

2. On or before February 20, 2026, Defendants shall respond to Plaintiffs in writing, indicating whether they will agree to complete or supplement the Administrative Record with any of the documents identified by Plaintiffs.

3. On or before March 6, 2026, Defendants shall lodge any additional documents to complete or supplement the Administrative Record.

4. On or before March 13, 2026, the parties shall file any motion to complete or

supplement the Administrative Record. Should such motion be filed, the summary judgment briefing schedule below shall be vacated.

5. On or before March 27, 2026, Plaintiffs shall file their motion for summary judgment, not to exceed 25 pages.

6. On or before April 24, 2026, Defendants shall file their combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment, not to exceed 35 pages.

7. On or before May 22, 2026, Plaintiffs shall file their combined response to Defendants' cross-motion for summary judgment and reply in support of their motion for summary judgment, not to exceed 25 pages.

8. On or before June 5, 2026, Defendants shall file their reply in support of their cross-motion for summary judgment, not to exceed 15 pages.

The parties have additionally requested that a hearing on the cross-motions for summary judgment be scheduled for the week of June 15, 2026. The Court's Courtroom Deputy, Deana Brinkley, will contact counsel to select a date for that hearing.

**IT IS SO ORDERED.**

DATED:   February 3, 2026

*Nancy J. Rosenstengel*
_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**