UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INCORPORATED and WILDERNESS WATCH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FELIPE CANO, Forest Supervisor of the Shawnee National Forest, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendants. | Case No. 3:25-cv-01850-NJR <br><br> **DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORD** |

Defendants provide notice of their filing of the Supplemental Administrative Record in the above-captioned case. The Supplemental Administrative Record filed with the Court consists of seven documents that the parties have agreed to include in the record and relate to the Lusk Creek Wilderness Access Project at issue in this case.

Attached as Exhibit 1 to this Notice is the Declaration of Dennis Wilson certifying the Administrative Record. The seven documents are attached as separate exhibits.

Respectfully submitted this 6th day of March 2026.

ADAM GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

 */s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
202-532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*