| United States Department of Agriculture | Forest Service | Shawnee NF | 901 S. Commercial St. Harrisburg, IL 62946 |
|---|---|---|---|

**Caring for the Land and Serving People**

Reply To: 7710                                               Date: June 6, 1991

Subject: East Fork Wilderness Private Property Access

To: Forest Supervisor
Thru: Forest Engineer

SUMMARY:
The description of the subject project consists of two viable route alternatives identified by field inspection. Option 1 with an estimated cost of $89,000 is recommended over Option 2 with an estimated cost of $147,000. Option 1 consists of 1.6 miles of new road construction with one major culvert and one low water crossing. Option 2 consists of 1.2 miles of new road construction with two major culverts and a 100 feet long bridge with a 60 feet long center span. Neither of these two alternatives have been reviewed by specialists other than Engineering. Thus, additional mitigation measures may be required in the final design.

DESIGN OBJECTIVES:
The proposed route alternatives are planned with the following objectives in mind. A new motor vehicle access route is to be established outside of the Wilderness. This route must withstand very high flood waters which are characteristic of Little Lusk Creek and the canyon through which all new road alternatives outside of Wilderness must be located. The location is to minimize environmental effects. The route is to be open all year, except during flood conditions. The constructed route is to require minimal maintenance with the most cost effective investment initially.

OPTION 1:
Option 1 is to construct approximately 1.6 miles of new single lane road with turnouts. Drainage structures would include one low water crossing, one large culvert and small culverts as needed. Approximately 0.5 miles of road will be constructed over a relatively flat area and 1.1 miles of road will be constructed on 40-60% cross slopes in shallow soil over sandstone bedrock requiring some rock excavation and at grades no greater than 9%. The low water crossing will be constructed at a shallow area of Little Lusk Creek that is approximately 50 feet wide and less than a foot deep during low water conditions. Although a hydrology study of this area has not been completed, evidence shows that water depths at this crossing can frequently exceed 10 feet during storm runoff. The large culvert will be utilized at an intermittent stream crossing high in a steep and narrow hollow. The alignment of Option 1 will require a Right-of-Way across a strip of the private property for which this road will be used to access. However, other areas of this same private property are inaccessible by motor vehicle from this same Right-of-Way strip, due to the terrain, without again crossing Forest Service Land. See attached topography map, Option 1, Appendix A for Right-of-Way, alignment and drainage structure location. The preliminary cost estimate for the Option 1 is $89,000. See Appendix B, Option 1 Preliminary Cost Estimate, for a more detail breakdown of specific cost items.

LuskAR001937

OPTION 2:
Option 2 is to construct approximately 1.2 miles of new, single lane road with turnouts. Drainage structures would include a 100 feet long, one lane bridge with a 60 feet clear span, two large culverts and small culverts as needed. Approximately 0.6 miles of road will be constructed over a relatively flat area and 0.6 miles of road will be constructed on 30-50% cross slopes in shallow soil over sandstone bedrock requiring some rock excavation and at grades no greater than 10%. The bridge will be constructed across Little Lusk Creek at an area approximately 50 feet wide and 6 feet deep during low water conditions. An embankment approach will be constructed on one end of the bridge across the Little Lusk Creek floodplain. Although a hydrology study of this area has not been completed, evidence shows that water depths at this crossing can frequently exceed 15 feet during storm runoff. The large culverts will be utilized to cross an intermittent stream twice before reaching the bridge in a floodplain of Little Lusk Creek. The alignment of this second alternative will not require any Right-of-Way. See attached topography map, Option 2, Appendix A for for alignment and drainage structure location. The preliminary cost estimate for Option 2 is $147,000. See Appendix B, Option Preliminary Cost Estimate, for a more detail breakdown of specific cost items.

CONCLUSION:
The initial investment for Option 1 is less than Option 2. Without a hydrology study, it is not certain that a bridge can be designed to withstand frequent flood waters for the estimated cost of Option 2. However, it is much more certain that a low water crossing of Option 1 can be designed to withstand frequent flood waters within the estimated budget. Option 1 maintains approximately 500 feet of new road in riparian areas whereas Option 2 maintains approximately 1100 feet of new road in riparian areas. Option 1 requires less maintenance than Option 2. Option 1 is recommended over Option 2 due to the initial investment and maintenance savings associated with not requiring a bridge, constructing less roadbed in a floodplain and not requiring multiple large culverts.


Scott Curry
Forest Transportation Planner

LuskAR001938

LUSK CREEK ROADS

COST ESTIMATE ASSUMPTIONS:

- Access alternatives are identified for Ben Efflandas special use applicant.
- "Most Reasonable" routes are desired.
- Least first-cost with minimal maintenance is desired.
- Optimum alternative will have minimum environmental impact.
- Route will be used for personal access with light hauling.
- Access will be designed for one lane traffic service level D, and yearly maintenance.
- No design or survey has been completed. Costs identified are based on maps and photos.
- No other resource mitigation has yet been analyzed by I.D. team; mitigation costs are not included.
- Heavy equipment will be used for construction and yearly maintenance.
- Motor vehicle access will be allowed for survey and design.
- Right-of-way costs not included.

NOTE: If any of the above assumptions are not valid, then costs vary.

## EXISTING CONDITION

## OF LUSK CREEK ROADS

1. (1628) 2.1 miles (1.1 mi. currently used as county road access to private property). Relatively mild terrain. Some poorly located short segments exists currently as a trail. Some right-of-way purchase may be required. One major creek crossing.

2. (488G) 2.5 miles relatively mild terrain, few poorly located segments, exists currently as a trail. Some right-of-way purchase may be required. One major creek crossing, one minor creek crossing.

3. (R to R) 1.5 miles rough terrain, half of distance is very poorly located. Exists currently as a very heavily used horse trail. One major and one minor creek crossing.

4. (488F) 2.3 miles which crosses over some very steep and rocky terrain, some very poor location exists currently as a trail. Some right-of-way purchase may be required across state refuge land. One major creek crossing. *Nature Preserve*

5. (488) 3.1 miles relatively mild terrain, mostly very well located, currently a traffic service level D, abandoned local road in fair condition. Very northern and southern ends exist as trails. Some right-of-way purchase may be required across state refuge land. No creek crossings. *Nature Preserve*

(1)

EXISTING CONDITION

OF LUSK CREEK ROADS

6. (488H)  0.3 miles relatively mild terrain. Areas of very poor drainage have created erosion and gullying to bedrock, exists currently as a service level D, traveled local road in fair condition. No creek crossings.

7. (proposed)  1.6 miles of the roughest terrain, all new construction with two major creek crossings some right-of-way agreement required. Cost of construction estimated at $89,000 in June, 1991.

8. (488N)  0.2 miles of very mild terrain, very well located currently as a traffic service level D, traveled local road in good condition with grass surface. No creek crossings. Some right-of-way purchase may be required.

9. (sec. line road)  1.1 miles of relatively mild terrain. Well located except for on short segment eroded to bedrock. Exists currently as a traffic service level D, traveled local road in fair condition. Two minor creek crossings.

10.  0.5 miles of very mild terrain, well located. Current condition uncertain but recognized on photos as traffic service level D, abandoned road, in fair condition. No creek crossings.

11. (1625C)  1.1 miles of moderately steep terrain. Some "not-so-good" location. Current condition uncertain but recognized on photos as a trail, one major creek crossing.

12. (1625B)  0.4 miles of almost flat terrain. A few wet spots needing tail-ditching. Currently a traffic service level D, traveled local road in fair condition. No creek crossings.

13. (1625)  2.3 miles of relatively mild terrain. A few wet spots needing tail-ditching. Most of segment is currently a traffic service level D, traveled local road in good condition. About half of segment is a wide and very heavily used horse trail. Two major creek crossings. Some right-of-way purchase may be required across private land.

14. (R to R)  2.0 miles of mild terrain. A very heavily used but mostly well located horse trail. One small segment of moderately steep terrain. Some right-of-way purchase may be required. No creek crossings.

(2)

LuskAR001940

PROBABLE ACCESS ROUTES

OF LUSK CREEK AREA

| ROUTE | SEGMENT | ROAD # | MI. | SEASONAL ROAD COST | YEAR-AROUND COST |
|---|---|---|---|---|---|
| A. | 6 | 488H | (0.3) | $ 3,000 | $ 7,000 |
|  | 5 | 488 | (1.1) | 5,500 | 22,000 |
|  | 13 | 1625 | (0.5) | 5,000 | 10,000 |
|  | 12 | 1625B | (0.4) | 3,500 | 8,000 |
|  |  |  | 2.3 | $17,000 | $47,000 |
| B. | 6 | 488H | (0.3) | $ 3,000 | $ 7,000 |
|  | 9 | SEC.LINE RD. | (1.1) | 5,500 | 22,000 |
|  | 13 | 1625 | (0.3) | 3,000 | 6,000 |
|  | 12 | 1625B | (0.4) | 3,500 | 8,000 |
|  |  |  | 2.1 | $15,000 | $43,000 |
| C. | 7 | PROPOSED | (1.6) | N/A | $89,000 |
| D. | 6 | 488H | (0.2) | $ 2,000 | $ 4,000 |
|  | 8 | 488N | (0.2) | 1,500 | 4,000 |
|  | 10 | 488K | (0.5) | 4,000 | 10,000 |
|  | 11 | 1625C | (1.1) | 29,000 | 42,000 |
|  | 13 | 1625 | (1.0) | 8,000 | 20,000 |
|  | 12 | 1625B | (0.4) | 3,500 | 8,000 |
|  |  |  | 3.4 | $48,000* | $88,000* |
| E. | 5 | 488 | (0.9) | 8,000 | $18,000 |
|  | 13 | 1625 | (0.3) | 3,000 | 6,000 |
|  | 12 | 1625B | (0.4) | 3,500 | 8,000 |
|  |  |  | 1.6 | $14,500* | $32,000* |
| F. | 1 | 1628 | (1.0) | $28,000 | $40,000 |
|  | 5 | 488 | (0.6) | 5,000 | 12,000 |
|  | 13 | 1625 | (0.5) | 5,000 | 10,000 |
|  | 12 | 1625B | (0.4) | 3,500 | 8,000 |
|  |  |  | 2.5 | $41,500* | $70,000* |
| G. | 13 | 1625 | (1.7) | $43,500 | $64,000 |
|  | 12 | 1625B | (0.4) | 3,500 | 8,000 |
|  |  |  | 2.1 | $47,000* | $72,000* |

*RIGHT-OF-WAY PURCHASE COST NOT INCLUDED

(3)

LuskAR001941

APPENDIX B

PRELIMINARY COST ESTIMATE

Option 1:  (1.6 miles of new construction)

| | | |
|---|---:|---:|
| Low Water Crossing | $23,000 | |
| Culverts | 6,000 | |
| Drainage Subtotal | | $29,000 |
| Clearing & Grubbing | $ 4,400 | |
| Excavation/Placement/Compaction | 23,700 | |
| 4" Aggregate Wearing Surface | 13,400 | |
| Earthwork Subtotal | | $41,500 |
| Engineering & Surveying | | $17,000 |
| Gate | | $ 1,000 |
| Total Project Cost | | $88,500 |

Option 2:  (1.2 miles of new construction)

| | | |
|---|---:|---:|
| Single Lane Concrete Bridge | $86,000 | |
| Culverts | 7,200 | |
| Drainage Subtotal | | $93,200 |
| Clearing & Grubbing | $ 3,600 | |
| Excavation/Placement/Compaction | 13,800 | |
| Aggregate Wearing Surface | 13,300 | |
| Earthwork Subtotal | | $30,700 |
| Engineering & Surveying | | $22,000 |
| Gate | | $ 1,000 |
| Total Project Cost | | $146,900 |