# Lusk Creek Wilderness

## Wilderness

## Implementation

## Schedule

December 1993



Eastern Region
Shawnee National Forest

LuskAR001943

LUSK CREEK WILDERNESS

IMPLEMENTATION SCHEDULE

PREPARED BY:  The Wilderness Implementation Schedule Team
          - Ken Peterein, Murphysboro Ranger District
          - Sue Peterson, Elizabethtown Ranger District
          - Glen Wankel, Vienna Ranger District
          - Pat Welch, Supervisor's Office, Harrisburg
          - Bob Winters, Jonesboro District Office

APPROVED BY:  _James H. Johnson_____  DATE: _2/9/94____
          Vienna District Ranger, Shawnee National Forest

There is no more new frontier,
we have got to make it here.
-- The Eagles, 1976 --

LuskAR001944

LUSK CREEK WILDERNESS

IMPLEMENTATION SCHEDULE

Delete this page

LuskAR001945

# TABLE OF CONTENTS

I.      INTRODUCTION ...................................................... 1

II.     DOCUMENT PURPOSE ................................................. 1

III.    HISTORY OF WILDERNESS DESIGNATION ................................ 1

IV.     LOCATION ........................................................ 1

V.      OVERVIEW OF THE AREA ............................................ 2

VI.     ISSUES, CONCERNS AND MANAGEMENT ACTIONS ......................... 2

        A.   Search and Rescue .................... 4
        B.   Visitor Information and Education .... 5
        C.   Vegetation .......................... 6
        D.   Pesticide Use ....................... 9
        E.   Recreation .......................... 10
        F.   Trails and Trailheads ............... 12
        G.   Heritage ............................ 14
        H.   Watershed ........................... 16
        I.   Wildlife and Fisheries .............. 18
        J.   Special Uses ........................ 20
        K.   Minerals ............................ 23
        L.   Research ............................ 24
        M.   Fire ................................ 25
        N.   Land Ownership ...................... 27
        O.   Signing ............................. 28
        P.   Buildings and Structures ............ 29
        Q.   Law Enforcement ..................... 30
        R.   Local Economic Impacts .............. 31

APPENDIX A:   Illinois Wilderness Act of 1990 ........................... 32

APPENDIX B:   Wilderness Map ........................................... 35

APPENDIX C:   Management Actions ....................................... 36

LuskAR001946

## I.    INTRODUCTION

Lusk Creek Wilderness in the Shawnee National Forest was designated under Public Law 101-633, the Illinois Wilderness Act, enacted on November 28, 1990. (Refer to Appendix A for a copy of the Illinois Wilderness Act.)

The primary purposes of Wilderness management are to preserve natural ecosystems, protect the Wilderness character for future generations, and to provide a Wilderness experience in a natural-appearing, unmodified environment within a semi-primitive, non-motorized recreation setting.

Wilderness is devoted to the public purposes of recreational, scenic, scientific, educational, conservation and historic use. The area is classified as unsuitable for timber production. Federally owned minerals are withdrawn from availability.

## II.    DOCUMENT PURPOSE

This Wilderness Implementation Schedule (WIS) is an action plan to guide Wilderness management towards the desired condition outlined in the Shawnee National Forest Amended Land and Resource Management Plan and to meet the intent of Wilderness legislation.

Some of the potential projects listed may proceed, subject to funding, without additional public involvement or formal analysis. Other projects will entail additional public involvement, environmental analysis, and appropriate documentation.

## III.    HISTORY OF WILDERNESS DESIGNATION

Lusk Creek was evaluated under RARE II (Roadless Area Review and Evaluation) in 1977. Lusk Creek was subsequently recommended for Further Study in 1979.

On November 28, 1990, the Illinois Wilderness Act was signed into law and Congressionally designated seven Wildernesses in the Shawnee National Forest. The current Lusk Creek Wilderness contains 4,466 acres of National Forest land, 125 acres of State land and 205 acres owned by private individuals. In addition, the Wilderness legislation designated East Fork (2,042 acres total, 1,962 acres NFS land), adjacent to the eastern boundary of Lusk Creek, for special management. Until November 28, 1998, this area will be open to exploration for and development of fluorspar and associated minerals. Should economic deposits of fluorspar be proven during that period, mining may continue until 2010. During this time period, in all other respects, this special area is to be managed as Wilderness. Upon expiration of the period allowed for mining, the area will automatically be added to the adjacent Wilderness.

## IV.    LOCATION

The Lusk Creek Wilderness is in Pope County, Illinois, about 12 miles south of Harrisburg and about 2 miles east of the village of Eddyville.  A legal description and maps of the Lusk Creek Wilderness are on file at the Shawnee National Forest Supervisor's Office in Harrisburg, Illinois.  (Refer to Appendix B for maps of Lusk Creek Wilderness and the East Fork Special Management Area.)

1

LuskAR001947

## V.    OVERVIEW OF THE AREA

Lusk Creek Wilderness is 4,796 acres at the heart of the Greater Shawnee Hills, a part of the Interior Low Plateaus Physiographic Province. The Greater Shawnee Hills consist of a series of sandstone cuestas (bluffs) marking the southern limit of Pennsylvanian-age rocks in Illinois and forming a part of the southern rim of the Illinois Basin.

The Wilderness is characterized by rugged topography with numerous sandstone outcrops and boulders. Elevations range from 380 feet along the southern reaches of Lusk Creek, to 835 feet in the northern portion of the area. Slopes range from nearly level ridge tops and creek bottoms to hillsides as steep as 60% to vertical cliffs.

The 720-acre Lusk Creek Canyon National Natural Landmark is entirely within the Wilderness.  The Natural Landmark area is dominated by a winding, gorge-like valley characterized by vertical sandstone bluffs and steep slopes.  Rugged terrain along the creek helps many of the visitors attain the feeling of isolation.  When the Forest Service began acquiring land in the late 1930s, most of the area had been disturbed by fire, logging and farming.

There are five Natural Areas within the Lusk Creek Wilderness: Lusk Creek Canyon, Lusk Creek North, Lusk Creek itself (bank to bank), Martha's Woods and East Fork Oxalis illinoensis Site. These are areas previously recognized as having significant and distinguishing features, but are now part of the Wilderness. These sites will be managed and protected as inclusions; however, should conflicts arise, management direction required by Wilderness will take precedence over management for the other special features associated with these sites.

This area has historically been available for motorized use on roads; however, motorized use is prohibited in Wilderness. Hiking and horseback riding are popular recreation activities within this area and are expected to continue at or above the current level of use.  Lusk Creek Natural Area, managed by the Illinois Department of Conservation, is a popular hiking destination accessed only by traveling through the Wilderness.

## VI.    ISSUES, CONCERNS AND MANAGEMENT ACTIONS

### Format Explanation

Each Issue/Concern is analyzed in detail as follows:

    --    Management Objective
    --    Current Situation
    --    Assumptions
    --    Management Direction
    --    Management Action

The **Management Objective** depicts what conditions we are striving for, and serves as criteria for deciding which management actions will be necessary. The **Current Situation** describes local conditions and trends.  **Assumptions** represent our judgments about future trends, pressures and problems pertinent to each topic.  **Management Direction**  provides broad direction that - considering the current situation and assumptions about the future - is necessary to guide actions toward desired objectives.  **Management Action** is

LuskAR001948

more specific type direction on short and medium range projects needed to help meet the desired objectives.

Appendix C outlines the list of management actions by priority.  This document is designed to be a flexible, working document.  As such, the order of the management actions may change as priorities change and/or opportunities arise.

3

LuskAR001949

## A.  SEARCH AND RESCUE

**Management Objective:**

To provide a uniform and consistent means of rescue, while protecting the integrity of the Wilderness resource.

**Current Situation:**

The lead agency for search and rescue operations is the local Sheriff's Department.

**Assumptions:**

The Forest Service will cooperate and coordinate with the Sheriffs Department and other local law enforcement agencies.

Emergency situations should be rare or infrequent. Access to the interior of the Wilderness will be difficult.

**Management Direction:**

The use of motorized and mechanized equipment for search and rescue operations requires Forest Supervisor approval.  Operations will be coordinated with local law enforcement agencies.

Horses or helicopters will be favored over wheeled vehicles.  If vehicles are required, all-terrain vehicles with high flotation tires will be favored.

**Management Action:**

The Forest Supervisor will delegate authority to the District Rangers to approve the use of motorized and mechanized equipment in search and rescue operations.

Provide information to local search and rescue agencies (Sheriff Departments) about Wilderness values and restrictions, and how these values and restrictions relate to search and rescue operations.

Review cooperative agreements with the local law enforcement agencies, and if necessary, bring the agreements in compliance with the management direction shown above.

Develop a search and rescue plan for each Wilderness.

4

LuskAR001950

## B. VISITOR INFORMATION AND EDUCATION

**MANAGEMENT OBJECTIVE:**

To provide and promote information which enhances the public's understanding of and appreciation for the wilderness resource and Wilderness ethics. To instill in wilderness visitors a personal responsibility to practice Wilderness ethics and leave-no-trace etiquette. Provide the public with information specific to Lusk Creek Wilderness.

**CURRENT SITUATION:**

There are few publications which provide Wilderness information. There are no publications describing the Lusk Creek Wilderness.

**ASSUMPTIONS:**

As more people become interested in the Wilderness, both visitation and requests for information will increase and the need for the public to be educated in Wilderness behavior will increase. The public's demand for more information about the resources and opportunities available in the specific Wilderness will also increase.

**MANAGEMENT DIRECTION:**

Information will generally be provided through use of the Recreation Opportunity Guide, maps, and brochures.

Interpretive information, if provided, will be posted or made available outside the Wilderness boundaries.

Publications should emphasize:
- Wilderness ethics and no-trace camping.
- Off-season use to those seeking more solitude.
- Orienteering as a way to minimize use impacts, reduce people encounters, and increase solitude experiences.

**MANAGEMENT ACTION:**

Use interpretive and educational methods to increase public awareness of the resources, opportunities, values, regulations and ethics associated with Wilderness.

Develop a slide or videotape program on low impact, Wilderness camping to use with schools, civic groups, and other user groups.

Make educational materials available at the access points.

Develop a map and/or brochure as a method of informing people about the features within the Wilderness, and the possible activities available to them. The map text should include information on Wilderness regulations and ethics. Brochures and/or maps will be developed as funding permits.

Use volunteers to put together programs on Wilderness ethics.

5

## C.  VEGETATION

**MANAGEMENT OBJECTIVE:**

To allow natural ecological processes to operate freely.  To provide protection for Federally-listed threatened and endangered species, sensitive species, and Forest-listed species.  To preserve the ecological integrity within Wilderness.

**CURRENT SITUATION:**

Lusk Creek Canyon contains two major forest ecosystems: white oak-hickory on the slopes and sugar maple-beech on the stream terraces in the bottoms.

The ledges and crevices along the bluffs are generally covered with plant growth. Dry habitat is found on south- and west-facing bluff walls, while north- and east-facing bluffs (often just across the creek) are almost always cool and moist. North- and east-facing slopes support some plants that were more common in Illinois during a cooler time, the end of the last glacial advance, about 10,000 years ago. Some of the interesting relic plants are ground cedar, club moss, partridge berry and huckleberry. Sphagnum, a moss characteristic of northern slopes, is found on the canyon wall in three locations.

Xeric communities dominated by the red cedar, blackjack oak and farkleberry occur on open south and west facing sandstone outcrops. Other dry habitat plants include the prickly pear cactus, winged elm, shadbush and flower-of-an-hour.

Numerous species of lichens are found at Lusk Creek, several of which are subtropical.

Eight hundred different kinds of flowering plants, ferns and fern allies have been inventoried in the canyon area.

The flora of Lusk Creek Wilderness can be placed in ten plant communities:

    1.  Xeric upland forest
    2.  Dry upland forest
    3.  Dry-mesic upland forest
    4.  Mesic upland forest
    5.  Mesic bottomland forest
    6.  Wet bottomland forest
    7.  Sandstone glade
    8.  Sandstone cliff
    9.  Openland
    10. Pine plantation

These natural communities are not discrete units and are rarely delineated by distinct boundaries. Many species of plants occur in more than one community. Refer to the Amended Forest Plan for descriptions of these plant communities.

There are no known Federal Threatened and Endangered Species within the Lusk Creek Wilderness; however, there are eight Forest-Listed Species and three Regional Forester Sensitive Species as shown below:

    1.  Lilium superbum (Superb Lily)         - Forest Listed
    2.  Rubus enslenii (Arching Dewberry)     - Forest Listed
    3.  Calamagrostis insperata (Joint Grass) - Reg. For. Sensitive
    4.  Carex nigromarginata (sedge)          - Forest Listed

6

LuskAR001952

|   |   |   |
|---|---|---|
| 5. | Carex tonsa (sedge) | - Forest Listed |
| 6. | Dennstaedtia punctilobula (Hay-scented Fern) | - Forest Listed |
| 7. | Lonicera flava (Yellow Honeysuckle) | - Forest Listed |
| 8. | Carex willldenowii (sedge) | - Forest Listed |
| 9. | Chimaphilla maculata (Spotted Wintergreen) | - Forest Listed |
| 10. | Oxalis illinoensis (Illinois Wood Sorrel) | - Reg. For. Sensitive |
| 11. | Lysimachia fraseri (UFR C2) (Loosestrife) | - Reg. For. Sensitive |

**ASSUMPTIONS:**

Some exotic species, and some native species, may die out through natural succession, but other exotics, such as fescue and Japanese honeysuckle, are aggressive.  Appropriate management actions may be used to reduce or eliminate undesirable exotic species.

**MANAGEMENT DIRECTION:**

Manage vegetation only to protect Wilderness values or to protect adjacent property from fire or pests.

Vegetation management that protects Wilderness values includes:

1. Management needed to maintain or enhance habitat to protect Federally listed Threatened and Endangered Species, Sensitive Species, and Forest-listed Species.

2. Management needed to perpetuate unique plant communities such as barrens and savannahs.

3. Control of exotic species.

Natural forces will be the predominant control on vegetation type, size, and density.

When possible, use native plants for temporary soil stabilization. Annuals will be favored to promote natural succession.

The Forest Service, in consultation with the State of Illinois and other agencies/institutions, will ensure that the natural areas (including sites on the Illinois Natural Areas Inventory) are managed to preserve their ecological integrity.

Prescribed fire will be used when necessary to approximate natural conditions and to maintain the fire-dependent plant communities within Wilderness.

Allow openings within Forest Interior Management Unit inclusions not designated as herbaceous openland to revegetate naturally.

**MANAGEMENT ACTIONS**

Conduct a baseline survey of all 8.2 inclusions within the Wilderness, and prescribe management for these areas over the next five years.

Monitor the extent of human disturbance in the Wilderness and redistribute recreational use where necessary to protect vital habitat.

Monitor and evaluate the presence of non-native species within the Wilderness.

LuskAR001953

Where possible, manage naturally occurring openland ecosystems in a manner which will provide foraging areas for bobcat.

Conduct plant surveys for threatened, endangered and sensitive species.

Collect data from current compartment examinations.

LuskAR001954

## D.  PESTICIDE USE

**MANAGEMENT OBJECTIVE:**

To allow plant diseases and indigenous insects to play, as nearly as possible, their natural ecological role within Wilderness, and to control, if necessary, insect and plant disease epidemics that threaten Wilderness lands and resources.

**CURRENT SITUATION:**

At the present time there is no use of chemicals in the area. There are no known diseases or insect pests in the Wilderness that would require control action by the Forest Service.

**ASSUMPTIONS:**

At this time the Forest Service does not perceive using any pesticides for at least the next 5 years in the Wilderness.

Exotic plant species (such as Japanese honeysuckle and Kentucky fescue) may be seriously affecting the abundance and succession of native species.

**MANAGEMENT DIRECTION:**

Use pesticides in Wilderness only when necessary to prevent the loss of significant aspects of the Wilderness or to prevent significant losses to resource values on private or public lands bordering the Wilderness. Obtain Regional Forester approval for all pesticide applications in Wilderness.

Normally, endemic forest pests will not be controlled.

**MANAGEMENT ACTION:**

No actions are foreseen in the next 5 years.

9

LuskAR001955

## E.  RECREATION

**MANAGEMENT OBJECTIVE:**

To provide a Wilderness experience in a natural-appearing, un-modified environment within a semi-primitive, non-motorized recreation setting.

**CURRENT SITUATION:**

Some dispersed uses include camping, hiking, hunting, fishing, horseback riding, wildlife watching and birding.

During the past 15 to 20 years the Lusk Creek area has had moderate use by motorized vehicles, including all-terrain vehicles. Although the use is now prohibited, it still occurs.

This Wilderness is one of the most popular areas on the Forest for equestrian use. About 2 1/4 miles of the River-to-River Trail runs east-west through the southern part of the Wilderness. An uninventoried number of miles of user-developed horse trails are used yearround. Resource damage has occurred, and is still occurring, on portions of all the trails, including the River-to-River Trail. This damage results from lack of past trail maintenance, equestrian use during the winter season and an increase of equestrian use during each of the past five years. This use is expected to keep increasing each year as more people discover the area through Forest Service marketing or word of mouth. There are two Outfitter/Guide special use permits in effect on the Vienna Ranger District. This Wilderness is included within the boundaries of both permits.

Approximately 1 1/2 mile of the Indian Kitchen Trail lies within the southern portion of the Wilderness. This is a heavily used trail that leads to the Lusk Creek Nature Preserve that is managed by the Illinois Department of Conservation.

**ASSUMPTIONS:**

As the Wilderness becomes better known, the amount of use will increase. With the increased use there will be a demand for greater recreation opportunities.

Horse riding, in general, along with outfitters/guides will increase the use of the trials and camp sites. Because of increased horseback riding, the trails and camp sites will continue to deteriorate and cause resource damage.

**MANAGEMENT DIRECTION:**

Manage for recreation use consistent with protecting Wilderness character. Emphasize opportunities for solitude and a primitive and unconfined type of recreation.

Feature nonmotorized recreation opportunities within the semi-primitive nonmotorized class of the Recreational Opportunity Spectrum.

Phase out those activities and facilities inconsistent with the semi-primitive nonmotorized ROS class. Current comforming use patterns will be allowed to continue, unless overuse occurs or visitor conflicts arise.

The emphasis for correcting problems will be on:

1.  Educational approaches such as signing and brochures.

10

LuskAR001956

2.   Natural resource modification such as closing trails, restoration, and tent pads.
3.   Use of regulatory approaches such as law enforcement.
4.   Permit systems will be used only when other methods fail.

**MANAGEMENT ACTION:**

Establish a monitoring system to provide data on the effects of management and use on the Wilderness resources.

11

LuskAR001957

## F.  TRAILS AND TRAILHEADS

**MANAGEMENT OBJECTIVE:**

Provide a range of challenges to Wilderness users while minimizing physical impacts on the resources and conflicts between users.

Provide safe access which offers the opportunity to educate visitors about Wilderness.  Prevent unauthorized trail use in the Wilderness.

**CURRENT SITUATION:**

There are many old roads and trails in the Lusk Creek Wilderness that are now serving as horse/hiker trails.  About 2 1/4 miles of the River-to-River horse trail, and the 1 1/2 mile Indian Kitchen trail are located in this Wilderness. The Lusk Creek trail head is a multi-purpose parking lot maintained by the Forest Service, and is located about 1/2 mile west of the Wilderness.  It serves as a parking area for people who want to walk or ride their horses into the Wilderness.  The parking area has nine defined parking lanes, which will accommodate up to 18 pickup truck/horse trailer rigs.  The Indian Kitchen parking lot, located across the gravel road from the SW corner of this Wilderness,  provides parking for people who want to hike the Indian Kitchen trail.  The parking lot has space for about 6 cars.

**ASSUMPTIONS:**

Trail use will increase as the public becomes more aware of the area.  Both trail head parking areas have adequate capacity to handle the expected use into the west side of the Wilderness.  Other trail heads will be needed to help disperse the users.

**MANAGEMENT DIRECTION:**

New equestrian or hiking trails may be constructed as shown on the Forest Plan Trails Map, and as needed to provide access to attractions within the area.

New equestrian and hiking trails located in Forest Interior Management Units (FIMU) inclusions within the 5.1 management area should be kept on the perimeter of the FIMU.  Efforts will be made to allow canopies to close over existing trails within FIMU inclusions.

Trails will generally be constructed and maintained for experience level 2 or 3.  (Maintenance standards for experience level 2 or 3 are found on page IV-25 of the Amended Forest Plan.)  The average density for improved system trails will be about 1 mile per square mile.  Trails will be closed to motorized or mechanical use.

Wooden diamonds will be used where reassurance markers are needed.

**MANAGEMENT ACTION:**

Identify indicators of social and resource conditions to be monitored for unacceptable changes through the Limits of Acceptable Change process.  Design a trail inventory that includes baseline data on these indicators.  Set standards not to be exceeded for each parameter, and prescribe preventive or corrective actions to take if necessary.

Perform trail inventory using Limits of Acceptable Change indicators.  Include additional reconnaissance to identify and collect data on unknown trails.

LuskAR001958

Encourage voluntary sponsorship for maintaining trails.

Design and construct trailhead parking areas.

Correct resource damage on trails through proper trail maintenance procedures.

LuskAR001959

## G. HERITAGE

**MANAGEMENT OBJECTIVE:**

To recognize that heritage resources within Wilderness are a valuable and fragile non-renewable resource. To manage the resources within Wilderness in compliance with Federal and State laws. To identify, evaluate, nominate, protect, monitor, interpret and, as appropriate, enhance significant heritage resources.

**CURRENT SITUATION:**

Less than 1% of the Lusk Creek Wilderness has been systematically surveyed for Heritage Resources. Twelve archaeological sites have been individually inventoried; however, archival data and county histories indicate many other sites are known to be present.

Prior to acquisition by the Forest Service, and its subsequent designation as Wilderness, many families lived in the area. These people have left behind an indelible imprint on the natural landscape in the form of heritage resource archaeological sites. Archaeological sites include a broad range of cemeteries, prehistoric Native American sites, rural agricultural farmsteads, rural habitations and isolated wells/cisterns, rock walls and piles, and livestock ponds. One small community, Blanchard, was located south of this area around the turn of the century. Indian Kitchen, one of ten prehistoric stone forts, is present within the Lusk Creek Wilderness.

Much of the history of Lusk Creek Wilderness is not recorded in published historical documents or archaeological studies.

**ASSUMPTIONS:**

Increased use of Wilderness will cause a direct, tangible impact on heritage resources.

The archaeological sites within Wilderness are less disturbed than elsewhere on the forest where ground disturbing activities have been planned and implemented. These sites have prominent research value that is at risk from natural and cultural disturbances.

The visitor's experience would be enhanced by off-site interpretation of heritage resources within Wilderness. In addition, an informed user is likely to be a more responsible user. A person who has been made aware of heritage resources is less likely to inadvertently or accidentally impact archaeological sites. Off-site interpretation is an ideal opportunity to promote conservation ethics.

**MANAGEMENT DIRECTION:**

On-site heritage resource interpretation will not occur in this management area. In compliance with the 1988 amendments to the Archaeological Resource Protection Act of 1979, we need to identify educational opportunities for off-site interpretation of heritage resources to improve public understanding of our heritage, to raise public awareness of the fragile and irreplaceable nature of heritage resources, and to provide enhanced public recreation opportunities.

LuskAR001960

Locate and determine the significance of prehistoric, historical and architectural sites, and other heritage resources and, as appropriate, nominate eligible sites for inclusion on the National Register of Historic Places.

Monitor and assess the nature and degree of damage to heritage resources caused by vandalism, visitor use, and natural deterioration and identify protective measures to be implemented.

Heritage resource values within Wilderness will be stabilized and preserved using methods compatible with Wilderness values.

Research studies will be permitted. Scientific excavations can occur on sites that contain scientific information not likely to be found elsewhere. the archaeological site(s) will be promptly restored to natural conditions.

Manage selected historical and archaeological sites for public education, while still protecting the resource from theft, vandalism and the cumulative effects of public use.

MANAGEMENT ACTION:

Complete responsibilities under Section 106 of the National Historic Preservation Act prior to any federal undertaking. Survey all trails and keep trails and travelways away from known sites. Evaluate for the National Register architecture and visible historic material remains prior to planning for their removal from wilderness.

Monitor archaeological sites, particularly those susceptible to vandalism or are currently deteriorating, to identify and implement protection/mitigation needs.

Identify and record historic cemeteries in order to determine family associations.

Identify areas with a high probability for heritage resources that can fill gaps in existing data, and schedule inventory and evaluation within these areas annually.

Develop long-term research objectives for known heritage resources and formulate management strategies compatible for use in wilderness, such as new methods of data collection.

Continue to locate and record heritage resources on an opportunistic basis. Evaluate building, significant objects, features, and archaeological sites with an assessment of preservation needs.

Conduct an oral history program of the region to provide historical background that will benefit the management and interpretation of the area.

LuskAR001961

## H. WATERSHED (Soils, Erosion, and Water Quality)

### MANAGEMENT OBJECTIVE:

To preserve water bodies and stream courses in a natural wilderness state without modifications and to protect water quality from human-caused contamination. To improve water quality, in a manner consistent with wilderness values, where it has been previously degraded by human activities.

To preserve the soil characteristics in Lusk Creek Wilderness in as natural a condition as possible, including minimizing the effects of wilderness visitors on soils, correcting past adverse impacts.

### CURRENT SITUATION:

The soils information for this area is to be updated by the Soil Conservation Service to National Cooperative Soil Survey Standards.

The soils found along the upper slopes and ridges of less than 30% slope are developed in loess deposits and underlying material weathered from sandstone or shale bedrock.

The soils on the steeper areas are shallow residual soils developed in mixed loamy material, sandstone, or, at the southern end of the Wilderness, limestone. The slopes on these upland soils range from 30 to over 60% with large rocks, boulders and rock outcrops not uncommon.

Soils found along the drainages are well to moderately well-drained and range in depth from 15 inches for the shallow areas of the Burnside silt loams to over 50 inches for the Sharon silt loams.

The steeper portions of most trails and old roads have eroded and will need corrective action to attain a benchmark condition.

Lusk Creek is rated by the Illinois Natural Area Survey as one of the best streams in Illinois. The stream is a Wild and Scenic River candidate.

### ASSUMPTIONS:

Considering the number of Wilderness visitors, soil degradation through erosion and compaction will continue to be a problem and water quality will probably decrease somewhat.

At present, the quality of water in the Lusk Creek Wilderness is good, but Giardia and Cryptosporidium are potential threats.

Land use practices on private lands, up stream from the Wilderness, may have some negative impacts on water quality.

Trails and campsites will become eroded or compacted and it may be necessary to relocate them to halt resource damage.

### MANAGEMENT DIRECTION:

Control measures to mitigate erosion and sedimentation will be commensurate with the soil characteristics, expected use, and management objectives of the area.

LuskAR001962

Limit watershed improvement projects to those necessary to maintain environmental values or to protect public health and safety.  This includes restoration needed to reduce risks and impacts to areas outside the Wilderness to an acceptable level.

**MANAGEMENT ACTION:**

Monitor trails and campsites to determine the amount of erosion and compaction caused by visitor use and use appropriate control measures to mitigate. Use measures and methods that are compatible with Wilderness management.

Implement a water quality monitoring program that will identify the limits of acceptable change parameters.

Use a Lusk Creek Wilderness map and/or brochure to inform the public of waterborne diseases common to the area.  Post health risk information on bulletin boards located at the trail heads.

LuskAR001963

## I. WILDLIFE AND FISHERIES

**MANAGEMENT OBJECTIVE:**

To provide for a natural distribution, diversity, and abundance of native species of fish and wildlife by allowing natural processes to shape habitat and interactions among species. To provide for and aid recovery of federally listed threatened or endangered species and their habitats. To allow hunting, fishing and trapping in a manner consistent with Wilderness values and in accordance with applicable state and federal laws.

**CURRENT SITUATION:**

The Lusk Creek Wilderness contains a wide diversity of native plant communities which provide habitat for over 100 species of birds, 21 reptiles, 17 species of amphibians and 26 mammals. These include the following Forest-listed species: bobcat, golden mouse, loggerhead shrike, two-lined salamander and spadefoot toad.

A small part of a Forest Interior Management Unit (FIMU), to be managed for forest interior bird species, is located in the northeast part of the Wilderness.

Thirty-one species of fish occur in Lusk Creek, and most can be found in the portion of the creek which flows through the Wilderness. These species include the Spotted Darter - a Candidate Sensitive fish species.

**ASSUMPTIONS:**

The wildlife and fisheries resources will be directly and indirectly affected by man and any actions or lack of action taken.

Any changes in vegetative composition will eventually change the wildlife species composition. Changes in vegetation are likely due to projected increases in shade tolerant species, decreases in shade intolerant species, and reductions of open area habitat.

**MANAGEMENT DIRECTION:**

Fish and wildlife habitat management may occur to the extent it is consistent with Wilderness objectives, and to meet the needs of threatened and endangered species.

Hunting, fishing and trapping may occur subject to applicable state and federal laws.

Restocking of fish will be permitted in order to re-establish or supplement native populations as determined by the Forest Service and the Illinois Department of Conservation. Stocking will be in accordance with the provisions of the Wilderness Act.

Wildlife openings will not be created or maintained, except for naturally occurring openland communities such as barrens.

Waterholes will not be created or maintained.

Management indicator species will be used to monitor the effects of management practices on native and desired non-native vertebrate species within this management area.

18

LuskAR001964

Existing fish ponds may be maintained when done in ways that conform to the
Wilderness Act.  New ponds will not be constructed.

**MANAGEMENT ACTION:**

Establish base line data on wildlife and fish populations and their habitat.

Conduct surveys for threatened, endangered and sensitive species of wildlife
and fish.

Collect current Herbaceous Evaluation Procedure data.

LuskAR001965

## J.  SPECIAL USES

### 1.  ACCESS TO NON-FEDERAL LANDS

**MANAGEMENT OBJECTIVE:**

To provide, as needed, private access to non-federal land within and adjacent
to wilderness by balancing the regulations of the Wilderness Act and the rights
of the landowners.

**CURRENT SITUATION:**

Jurisdiction of most roads within the Wilderness have been claimed by the
Forest Service and are now, for the most part, being used as trails.

A public road, periodically maintained by Pope County Road District # 2, runs
east through the Northwest corner of the Wilderness to a 55-acre(+/-) private
tract.  This tract is in the north-central portion of the Wilderness,
surrounded by National Forest land.

An old road runs north from a point on the public road about 1/4 mile east of
the Wilderness boundary.  This old road currently serves as motorized access to
a summer/hunting cabin.  No permit has been issued for use of the road to the
cabin.

A road runs south from the New Liberty Church for nearly 1 1/2 miles through
the east side of the Wilderness.  This road continues eastward through the East
Fork Special Management Area for about 3/4 mile to the west side of a 130-acre
private tract.  Several landowners have small parcels within the private tract,
and need the existing road for motorized access to their property.  The Forest
Service is working with the landowners to issue special use permits for use of
the road.  A locked gate, installed by the Forest Service, is located just
south of the New Liberty Church at the northern boundary of the Wilderness.

About 1/4 mile south of the New Liberty Church an old road heads east toward a
1 acre private tract.  The Forest Service is working with the private landowner
to issue him a special use permit for access to his tract.

**ASSUMPTIONS:**

There will be a continued need for motorized access through the Wilderness to
the private tracts mentioned above, and as necessary, each landowner will be
issued a Special Use Permit.

These roads will need some improvement and/or maintenance to prevent damage to
the resources adjacent to the roadways.  The cost of the required road work
will be the responsibility of the landowners because the roads are not needed
for Forest Service management.

**MANAGEMENT DIRECTION:**

Special uses in Wilderness will not be permitted, except to comply with private
rights.  Requests for new permits will be considered on a case by case basis
and will include evaluation of potential impact on the Wilderness character.

Corridors for reservoirs, water conservation works, power projects,
transmission lines, and other facilities are not permitted, except to comply
with private rights.

LuskAR001966

**MANAGEMENT ACTION:**

Issue special use permits to the private inholders for reasonable access to their property. As part of the permit process, develop costs for restoring the roads to an acceptable condition, and project the costs needed to keep the roads in that condition. Since these costs must be borne by the landowners, the responsibility to get the work done should also be outlined in each permit.

## 2. CEMETERY ACCESS

**MANAGEMENT OBJECTIVE:**

To permit, as needed, appropriate access to relatives and descendants of those interred in cemeteries located within the Wilderness, and those accompanying the relatives and descendants to visit and/or maintain the cemeteries.

**CURRENT SITUATION:**

There have been no requests for cemetery access within the wilderness.

**ASSUMPTIONS:**

There may be requests for cemetery access within the Wilderness.

**MANAGEMENT DIRECTION:**

Relatives and descendants of those interred in cemeteries located within Wilderness and those accompanying the relatives and descendants will be permitted access as needed to visit and maintain the cemeteries. This permitted access will be appropriate to the individual circumstances and in a manner that minimizes detrimental effects on the Wilderness resource or uses incompatible with the provision of the Wilderness Act.

**MANAGEMENT ACTION:**

Inventory historic cemeteries.

Prepare an access plan for the cemeteries located.

## 3. OUTFITTERS AND GUIDES

**MANAGEMENT OBJECTIVE:**

Allow outfitter and guide services where such need is demonstrated, within the social and biological capacity of the affected portions of Wilderness.

**CURRENT SITUATION:**

The Lake Glendale Outfitter and Guide Service is currently (as of 7/7/92) under Special Use Permit. This Wilderness is within its permit area. An Outfitter and Guide permit for the Bay Creek Ranch should be completed in July of 1992. The Lusk Creek Wilderness will also be included within that permit area.

**ASSUMPTIONS:**

The current outfitter/guide permittees will want to renew their permits and there may be requests from others to outfit/guide within this Wilderness in the future.

LuskAR001967

**MANAGEMENT DIRECTION:**

Outfitter or other commercial permits may be issued if compatible with
Wilderness objectives and if they provide for protection of Wilderness
attributes.

**MANAGEMENT ACTION:**

Monitor the Wilderness trails and review the Outfitter/Guide records to develop
a carrying capacity for this Wilderness.  Approval of any new outfitter/guide
applications should be conditional on the ability of the existing trails to
handle the added use without unacceptable impacts.

22

LuskAR001968

## K. MINERALS

**MANAGEMENT OBJECTIVE:**

To ensure that mineral exploration, should it occur, does not unacceptably compromise Wilderness values.

**CURRENT SITUATION:**

There are 1,003 acres of privately owned mineral rights in Lusk Creek Wilderness and 490 acres in East Fork Special Management Area. There are currently no proposals for minerals exploration or development.

**ASSUMPTIONS:**

The Forest Service may have to deal with minerals development on private rights; federal and private minerals in East Fork (and, perhaps, some private minerals in parts of Lusk Creek) will, at the very least, be prospected before the end of 1998.

Over time, as some private rights expire, they will revert to federal ownership.

**MANAGEMENT DIRECTION:**

The Illinois Wilderness Act withdrew authority to lease Federal minerals in Lusk Creek Wilderness, thus preventing their discovery and development. The Act also extended opportunities to explore for fluorspar, lead and zinc in East Fork Special Management Area until 11/28/98, and opportunities to mine ores of those materials until 11/28/2010.

The Forest Service has very limited control over how privately owned mineral rights are developed. If mineral rights were reserved when land was acquired for NF purposes, mineral development will comply with the Secretary's Rules and Regulations attached to the deed. If mineral rights were severed before federal ownership, those rules do not apply.

For development of private minerals, the goal of Forest Service administration is to mitigate the effects of development on visual quality, recreation opportunities, watershed values, and wildlife habitat, while honoring private rights.

**MANAGEMENT ACTION:**

When surface-disturbing mineral activities are proposed on private rights within Wilderness, the Forest Service will evaluate the feasibility of purchasing those rights to prevent degradation of Wilderness values.

LuskAR001969

## L.  RESEARCH

**MANAGEMENT OBJECTIVE:**

To provide appropriate opportunity for scientific studies dependent on a
Wilderness environment.  To actively cooperate with research intended to
increase knowledge of ecological processes, human behavior or other studies
pertinent to Wilderness management.

**CURRENT SITUATION:**

Research is one of the purposes of Wilderness stated in the 1964 Wilderness
Act. The Lusk Creek Wilderness provides a wide variety of opportunities for
scientific study of an area altered by past uses and now returning to a natural
state.

A list of research needs for Wilderness has not been developed.

The Forest Supervisor, in consultation with forest resource specialists, is
responsible for approving research proposals.

**ASSUMPTIONS:**

Applications for research in Wilderness will continue.  Demand for research in
Wilderness may increase.  With Southern Illinois University and other
institutions in Illinois involved with Shawnee National Forest projects, we can
expect more research study permits from students, faculty and researchers.

Results of research studies will improve Wilderness management in the Shawnee
National Forest.  Baseline information obtained from research reports will help
the Forest Service determine management actions to be taken.

**MANAGEMENT DIRECTION:**

The Forest Service will actively cooperate with research intended to develop
basic knowledge on ecological processes, human behavior, or Wilderness
management.

All proposed projects will be reviewed to determine if it is essential that the
project be done in wilderness.  Approved projects will be conducted in a manner
compatible with the preservation of Wilderness.

**MANAGEMENT ACTION:**

Evaluate all proposals, using the above Management Objective and the Management
Direction as criteria.  Issue permits in a timely manner.

Evaluate research needs and pursue partners to carry out the projects.

LuskAR001970

## M.  FIRE

**MANAGEMENT OBJECTIVE:**

To detect and suppress all wildfires in accordance with established Wilderness
policy.

To use prescribed fire as a management tool in controlling insects and disease
or for perpetuating unique plant communities or threatened, endangered or
sensitive species.

**CURRENT SITUATION:**

Suppression action will be taken on all wildfires in the Wilderness, regardless
of the cause.

Wilderness fire suppression (wildfire) is treated like all wildfire
suppression.  Objectives as stated in the Fire Management Action Plan:
-- Minimize the risk of damage from flood, wind, wildfire and erosion.  Reduce
   the occurrence and severity of wildfire and erosion.
-- Provide fire prevention and suppression based on management area objectives
   and value at risk.

Priority for suppression action is last for Wilderness, following suppression
and protection of all other resources.

Prescribed burning is allowed for ecosystem management.

The Forest does not have a Wilderness Fire Management Plan.

**ASSUMPTIONS:**

Wildfires will continue to occur in this Wilderness.  Prescribed fire may be
needed to manage habitat for some threatened and endangered species and for
ecosystem management.

**MANAGEMENT DIRECTION:**

The use of fires as a management tool is limited to controlling insects and
disease or for perpetuating unique plant communities, threatened, endangered,
or sensitive species.

Wildfire detection and suppression will be commensurate with the resource value
to be protected.  Detection and suppression will be planned, based on an
analysis of probable fire locations, expected fire intensities, potential net
resource value change, and potential threat to health, safety, and adjacent
properties. Only hand tools will be used for suppression activities;
exceptions may be made for extreme situations with Forest Supervisor approval.

Following a fire, erosion control and rehabilitation work will be done if
needed by hand without any mechanical equipment.

All fire suppression activities will be in accordance with established
Wilderness policy.

**MANAGEMENT ACTION:**

Prepare a Wilderness Fire Management Plan.

LuskAR001971

Prepare prescribed burning plans for all proposed projects where fire will be needed as a management tool.

LuskAR001972

## N. LAND OWNERSHIP

**MANAGEMENT OBJECTIVE:**

To be a willing buyer of any inholdings of which the private inholder is a willing seller, and ensure these inholdings are high priority for acquisition by the Shawnee National Forest.

To resolve any suspected encroachments during this plan period.

**CURRENT SITUATION:**

About 330 acres of non-federal ownership is located in this Wilderness. This includes 4 private tracts totalling about 205 acres, and 2 state tracts with a total of 125 acres

There are two suspected encroachments within the Wilderness that need to be resolved.

**ASSUMPTIONS:**

As private land within the Wilderness becomes available, the Forest Service will attempt to acquire the land by exchange or purchase.

Land surveys will be necessary to resolve the suspected encroachments.

**MANAGEMENT DIRECTION:**

Highest priority is to consolidate ownership to control motorized access, prohibit incompatible uses, and enhance Wilderness values.

The mineral estate, along with the surface, will be acquired whenever feasible. Acquisition priority of mineral estates severed from National Forest surface will correspond directly with potential for non-conforming development.

National Forest System lands within Wilderness are not available for exchange. Privately owned land may only be acquired if the owner concurs.

**MANAGEMENT ACTION:**

Periodically contact landowners to assess their willingness to sell. Keep these tracts on a high priority acquisition list and pursue them when the landowners are willing to sell.

Survey the suspected encroachments and resolve them using methods which will minimize impacts on the Wilderness.

As Wilderness maps and brochures are developed, private land will be identified on the maps in order to reduce trespassing.

LuskAR001973

## O.  SIGNING

**MANAGEMENT OBJECTIVE:**

To provide signs where necessary for resource protection or where visitor health and safety is a concern.

**CURRENT SITUATION:**

The trailheads and boundary lines of the Wilderness are partially marked.

**ASSUMPTIONS:**

Signing will continue until all trailheads and boundaries are adequately marked.

**MANAGEMENT DIRECTION:**

All signs will conform to Wilderness standards.

Signing will be kept to a minimum and primarily used for direction and safety.

Wooden diamonds will be used where reassurance markers are needed.

**MANAGEMENT ACTION:**

Develop and implement a sign plan for the Lusk Creek Wilderness that conforms to Wilderness standards.

Locate and install wooden diamonds where visitor safety or confusion is a concern.

Order and install "Lusk Creek Wilderness" signs.

28

LuskAR001974

## P.   BUILDINGS AND STRUCTURES

**MANAGEMENT OBJECTIVE:**

To remove existing buildings and structures, where removal will be in accordance with Section 106 of the National Historic Preservation Act and wilderness values.

**CURRENT SITUATION:**

The number of buildings and structures are not completely known, but we believe there are none remaining in the Lusk Creek Wilderness on National Forest land.

**ASSUMPTIONS:**

No new structures will be built within the Wilderness boundaries, but buildings and structures may be acquired when purchasing or exchanging into lands within the Wilderness boundaries.

Permanent deer stands exist within the Wilderness.

**MANAGEMENT DIRECTION:**

Existing buildings and other structures will be treated in accordance with Section 106 of the National Historic Preservation Act.

No buildings or structures will be constructed.

Permanent deer stands are illegal and should be removed.

**MANAGEMENT ACTION:**

Identify the location of permanent deer stands and remove the stands.

Identify buildings and structures, evaluate for historical significance, and develop treatment strategies.

LuskAR001975

## Q.  LAW ENFORCEMENT

**MANAGEMENT OBJECTIVE:**

To preserve the integrity of the Wilderness resource and to provide uniform and consistent enforcement of the regulations and laws that pertain to Wilderness.

**CURRENT SITUATION:**

Law enforcement coverage is limited because of the lack of Law Enforcement Officers for routine patrols during the week and weekends. Violation notices are currently being issued to people for driving motorized vehicles in the Wilderness. Consistent enforcement of the regulations will help deter further motorized use.

**ASSUMPTIONS:**

As the road system continues to deteriorate we will see a decrease in the use of illegal motorized vehicles within the Wilderness.

**MANAGEMENT DIRECTION:**

Publications should emphasis outdoor ethics and no-trace camping. We should also highlight that motorized and mechanized use such as mountain bikes and wheeled carts are strictly prohibited.

Forest Service employees will inform visitors of laws and regulations that pertain to Wilderness and will encourage visitors to practice "Leave No Trace."

**MANAGEMENT ACTION:**

Coordinate and schedule patrols of the Wilderness with a concentrated effort in areas that are receiving excessive violations. Look into the possible use of vegetative management as a tool at the entrance roads to discourage the use of roads within the area.

Deter unauthorized use through education and signing.

LuskAR001976

## R.  LOCAL ECONOMIC IMPACTS

**MANAGEMENT OBJECTIVE:**

To promote local economic development by allowing the public to benefit
financially from Wilderness.

**CURRENT SITUATION:**

Since the Wildernesses in the Shawnee National Forest are still considered
newly designated, local economies have not yet realized or capitalized on the
potential income that can be generated as a result of Wilderness-related
tourism.

"The question is not whether tourism and Wilderness linkages exist, but rather
their nature and how they can be cooperatively developed to provide
complementary benefits."  (Neil HJ. Andrew, "Wilderness, Tourism, and Economic
Development Linkages" in <u>Managing America's Enduring Wilderness Resource</u>)

Wilderness designation has affected the amount of money Pope County gets from
timber sales and other forest products.  However, Pope County still receives
the "in lieu of taxes" monies for the National Forest acreage within the
Wilderness.

**ASSUMPTIONS:**

Wilderness has become, and will continue to be, a major attraction for some
forest visitors.  As use increases, so will the local income generated from the
increased tourism.

**MANAGEMENT DIRECTION:**

Wilderness must be managed as a resource for the people of the United States
and for future generations, and not for just those who use or live near the
area.

Commercial enterprise within Wilderness is prohibited: however, the Wilderness
Act does allow commercial services to realize the recreation or other
Wilderness purposes of the area.  Outfitters and guides who provide these
services need to be sensitive to wilderness values and practice minimum impact
camping and travel techniques.

**MANAGEMENT ACTION:**

Whenever possible, the Forest Service will cooperate with and assist
individuals and groups in their Wilderness-related ventures that complement or
promote Wilderness values and ethics.

Coordinate with local tourism agencies to promote wilderness, attract tourism,
and have a positive effect on local economies.

31

LuskAR001977

APPENDIX A

AS INTRODUCED AUGUST , 1990
101st Congress
2d Session
H.R. 5428
IN THE HOUSE OF REPRESENTATIVES

Mr. POSHARD introduced the following bill; which was referred jointly to the
Committees on Interior and Insular Affairs and Agriculture.

A BILL

To designated certain public lands in the State of Illinois as wilderness, and
for other purposes.

Be it enacted by the Senate and House of Representatives of the United
States of America in congress assembled,

SECTION 1.  SHORT TITLE.
     This Act may be cited as the "Illinois Wilderness Act of 1990".
SEC. 2.  FINDINGS.
     In designating wilderness areas in the Shawnee National forest pursuant to
this Act, the Congress finds, as provided in the Wilderness Act, that such
areas--
          (1) generally appear to have been affected primarily by the forces of
     nature, with the imprint of man's work substantially unnoticeable;
          (2) have outstanding opportunities for solitude or a primitive and
     unconfined type of recreation; and
          (3) contain ecological, geological, and other features of scientific,
     educational, and scenic value.
SEC. 3. DESIGNATION OF WILDERNESS AREAS.
     In furtherance of the purposes of the Wilderness Act (16 U.S.C. 1131 et
seq.), the following lands in the Shawnee National Forest in the State of
Illinois are hereby designated as wilderness and therefore as components of the
National Wilderness Preservation System--
          (1) certain lands comprising approximately 5,918 acres, as generally
     depicted on a map entitled "Bald Knob Wilderness--Proposed", dated July
     1990, and which shall be known as the Bald Knob Wilderness;
          (2) certain lands comprising approximately 2,866 acres, as generally
     depicted on a map entitled "Bay Creek Wilderness--Proposed", dated July
     1990, and which shall be known as the Bay Creek Wilderness;
          (3) certain lands comprising approximately 3,723 acres, as generally
     depicted on a map entitled "Burden Falls Wilderness--Proposed", dated July
     1990, and which shall be known as Burden Falls Wilderness;
          (4) certain lands comprising approximately 4,730 acres, as generally
     depicted on a map entitled "Clear Springs Wilderness--Proposed", dated July
     1990, and which shall be known as the Clear Springs Wilderness.
          (5) certain lands comprising approximately 3,293 acres, as generally
     depicted on a map entitled "Garden of the Gods Wilderness--Proposed", dated
     July 1990, and which shall be known as the Garden of the Gods Wilderness;
          (6) certain lands comprising approximately 4,796 acres, as generally
     depicted on a map entitled "Lusk Creek Wilderness--Proposed", dated July
     1990, and which shall be known as the Lusk Creek Wilderness; and
          (7) certain lands comprising approximately 940 acres, as generally
     depicted on a map entitled "Panther Den Wilderness--Proposed", dated July
     1990, and which shall be known as Panther Den Wilderness.
SEC. 4.  DESCRIPTION AND MAPS.

32

LuskAR001978

As soon as practicable after the enactment of this Act, the Secretary of Agriculture (hereafter in this Act referred to as the "Secretary") shall file maps and legal descriptions of each wilderness area designated by this Act with the Committee on Agriculture, Nutrition, and Forestry of the Senate, and the Committees on Agriculture and Interior and Insular Affairs of the House of Representatives. Each such map and legal description shall have the same force and effect as if included in this Act, except that correction of clerical and typographical errors in such legal descriptions and maps may be made. Each such map and legal description shall be on file and available for public inspection in the office of the Chief of the Forest Service, Department of Agriculture.

SEC. 5. ADMINISTRATION OF WILDERNESS AREAS.

Subject to valid existing rights, each wilderness area designated by this Act shall be administered by the Secretary in accordance with the provisions of the Wilderness Act, except that any reference in such provisions to the effective date of the Wilderness Act shall be deemed to be a reference to the effective date of this Act.

SEC. 6. ADJACENT AREAS.

Congress does not intend that designation of wilderness areas in the State of Illinois lead to the creation of protective perimeters or buffer zones around each wilderness area. The fact that nonwilderness activities or uses can be seen or heard from areas within the wilderness shall not, of itself, preclude such activities or uses up to the boundary of the wilderness areas.

SEC. 7. HUNTING, FISHING, AND TRAPPING.

As provided in section 4(d)(7) of the Wilderness Act, nothing in this Act shall be construed as affecting the jurisdiction or responsibilities of the State of Illinois with respect to wildlife and fish in the national forests in Illinois.

SEC. 8. FIRE, INSECTS, AND DISEASE CONTROL.

As provided in section 4(d)(1) of the Wilderness Act, the Secretary may take such measures as may be necessary to control fire, insects, and diseases within any area designated by this Act.

SEC. 9. CEMETERY ACCESS.

The Secretary shall permit relatives and descendants of those interred in cemeteries located within the wilderness areas designated by this Act, and those accompanying such relatives and descendants, to access and maintain such cemeteries. The Secretary shall regulate such appropriate access and maintenance to minimize any detrimental effects on the wilderness resource or any uses incompatible wit the provision of the Wilderness Act.

SEC. 10. DESIGNATION OF SPECIAL MANAGEMENT AREAS.

(a) AREA DESIGNATIONS.--(1) Mining and prospecting for fluorspar and associated minerals shall be permitted in the lands in the Shawnee National Forest described in paragraph (2) in accordance with this section and other applicable law. These lands shall also be managed, to the extent practicable, to preserve their potential for future inclusion in the National Wilderness Preservation System.

(2) The lands described in this paragraph are--

(A) certain lands comprising approximately 2,042 acres as generally depicted on a map entitled "East Fork Area--Proposed", dated July 1990, and which shall be known as the East Fork Area; and

(B) certain lands comprising approximately 722 acres as generally depicted on a map entitled "Eagle Creek Area--Proposed", dated July 1990, and which shall be known as the Eagle Creek Area.

(b) TIME LIMITATION.--Prospecting for fluorspar and associated minerals in the lands described in subsection (a)(2) may be allowed for a period of not more than 8 years beginning on the date of enactment of this Act. If significant deposits of fluorspar and associated minerals are found to exist in parts or all of such lands, then mining for those minerals may be allowed for a 20-year period beginning on the date of enactment of this Act.

33

LuskAR001979

    (c) MINERAL RIGHTS.--Nothing in this section shall be construed to change in any way the process by which mining and prospecting permits and rights are granted on National Forest System lands.

    (d) CESSATION OF CERTAIN USES.--Twenty years following the date of enactment of this Act (or 8 years following enactment if no prospecting for fluorspar and associated minerals has been done, as determined by the Secretary), such lands described in subsection(a)(2) shall be designated as wilderness and components of the National Wilderness Preservation System, in furtherance of the purposes of the Wilderness Act (16 U.S.C. 1131 et seq.).

LuskAR001980

<u>**APPENDIX B**</u>

INSERT MAP OF LUSK CREEK WILDERNESS

LuskAR001981

## APPENDIX C

### LUSK CREEK WIS MANAGEMENT ACTIONS

| | PRIORITY |
|---|---|
| **A.  SEARCH AND RESCUE** | |
| Educate local agencies about Wilderness values and restrictions | * |
| Review law enforcement coop agreements | |
| Develop search and rescue plan | 6 |
| **B.  VISITOR INFORMATION AND EDUCATION** | |
| Educate the public about Wilderness values, etc. | * |
| Develop slide or video program for educational purposes | |
| Make educational materials available at access points | 7 |
| Develop maps and brochures | 4 |
| Use volunteers to put together Wilderness programs | |
| **C.  VEGETATION** | |
| Conduct baseline survey of all 8.2 inclusions within the Wilderness | |
| Monitor extent of human disturbance and redistribute use where necessary | |
| Manage naturally occurring openland ecosystems | |
| Conduct T&E plant surveys | |
| Collect COMPEX data | |
| **D.  PESTICIDE USE** | |
| None | |

LuskAR001982

## E.  RECREATION

Establish monitoring system to provide data on effects of management and use on the Wilderness resources

The emphasis for correcting problems will be on:
1. Educational approaches
2. Modification such as closing trails, restoration, etc
3. Law enforcement
4. Permit systems when all else fails

## F.  TRAILS AND TRAILHEADS

Perform trail inventory using LAC process                                  8

Encourage voluntary sponsorship of trail maintenance                       *

Construct trailhead parking areas                                          9

Correct resource damage on trails                                         10

## G.  HERITAGE

Continue oral history project started eight years ago

Inventory before any ground disturbing activity                            *

Monitor and evaluate known and sensitive sites

## H.  WATERSHED

Monitor trails and campsites to determine amount of site degradation caused by visitor use

Implement water quality monitoring program

Inform public of waterborne diseases common to the area                    *

## I.  WILDLIFE AND FISHERIES

Establish baseline data on wildlife and fish populations and habitat

Conduct T&E wildlife and fish surveys

Collect HEP data

37

LuskAR001983

J.  SPECIAL USES

Issue special use permits to private inholders for reasonable access                                    3

Inventory any cemeteries

Prepare access plan for cemeteries

Monitor trails and review O/G records to develop carrying capacity

K.  MINERALS

When surface-disturbing mineral activities are proposed on private rights, evaluate the feasibility of purchasing those rights to prevent degradation of Wilderness values                    *

L.  RESEARCH

Evaluate all proposals                                                                                  *

M.  FIRE

Prepare a Wilderness Fire Management Plan

Prepare prescribed burning plans as needed

N.  LAND OWNERSHIP

Put inholdings on a high priority acquisition list                                                      *

Survey suspected encroachments and resolve them                                                         5

Show private land on Wilderness maps and brochures that are developed in order to reduce trespassing

LuskAR001984

O.  SIGNING

    Develop and implement Wilderness sign plan                                    1

    Install reassurance markers where visitor safety or confusion       2
    is a concern

---

P.  BUILDINGS AND STRUCTURES

    Evaluate structures for historical significance

    Remove buildings and structures if not historically significant

    Remove deer stands

Q.  LAW ENFORCEMENT

    Patrol as needed                                                                              *

R.  LOCAL ECONOMIC IMPACTS

    Cooperate with and assist individuals and groups in their
    Wilderness related business ventures which compliment or            *
    promote Wilderness values


*  Many projects/activities cannot be prioritized because they are ongoing
   or have the highest priority whenever they occur.

LuskAR001985