

# LUSK CREEK

**U.S. Forest Service**
**U.S. Department of Agriculture**

## Wilderness Character Narrative

## OVERVIEW

Today, most of Illinois is field or pavement, but the Shawnee National Forest is the 0.1% that is still wild. Lusk Creek Wilderness is one of eight wilderness areas on the Shawnee National Forest. It is now the largest wilderness on the Shawnee National Forest with 6,838 acres, and is the most frequently visited wilderness on the forest. This wilderness has unique topography, and contains numerous distinct biological communities, which house several threatened and endangered plants and animal species. The wilderness is nestled in the heart of the Greater Shawnee Hills, characterized by its rugged topography, striated sandstone outcroppings, and large boulders. In addition to Lusk Creek Canyon, four other national areas and a state nature preserve lie within this wild area, which has more than 21 different habitats available for a variety of plants and animals. 850 acres of the Lusk Creek Wilderness are considered a National Natural Landmark.

The wilderness is centrally located and easily accessed, it is named for the beautiful, clear blue creek that runs through it year-round. A Canyon shrouds this vast waterway on both sides, and Lusk Creek is a Candidate for Wild and Scenic River designation. On some north-facing slopes of this canyon, a few relict plants from the last glacial advance cling to the sandstone cliffs. Lusk Creek Wilderness contains dramatic cliffs and overlooks, the remnants of eons of erosion by wind, water, and the cold. Indian Kitchen, a 70-foot high



**(ABOVE):** Shawnee National Forest. Wilderness areas are outlined in red & Burden Falls is shown in solid color.

**(RIGHT):** Lusk Creek Wilderness.

## OVERVIEW
(continued)

*A wilderness character narrative is a positive and affirming description of what is unique and special about **this** wilderness.*

scenic overlook, is famed for its beauty and botanical diversity. This feature served as a prehistoric stone fort, and remains an archaeological heritage site. Rocks and canyon walls – some of which are 200 feet tall - are striated along the waters edge. Lichen-covered boulders are marred with dark, swirled bands of iron. The area's most stunning features, located at the heart of the wilderness, took millions of years to form. The sycamore-lined Lusk Creek is rich with aquatic life, including large and smallmouth bass, catfish, and sunfish, making Lusk Creek a popular fishing spot for anglers. This powerful waterway is one of the highest quality streams in Illinois. Great blue herons, egrets and eagles fish the river, and visitors are likely to spot other wildlife around this waterway. The variety of foliage and habitat, ranging from floodplain to pine plantations, provide habitat for an overabundance of wildlife. Neo-tropical songbirds, wild turkey, white-tailed deer, bob-white quail, bobcat and numerous other animals thrive in the mixed forest and on the clean, spring-fed creeks. Coyote howls can be heard echoing through the canyons in the evening. Barred owl, pileated woodpecker, hawks and vireos soar through old white oak forests. Amphibians thrive in the ephemeral drainages, cool streams, and fishless ponds of the wilderness while reptiles soak up the sun on the area's exposed boulders.

Trails weave through second-growth forest and over steep, rolling hills. Slopes range from nearly level ridgetops and creek bottoms to 60 percent slopes, sheer rock faces, and sinkholes. The unusual landforms and ruggedness of the area prevents long distance, straight line hiking but offers excellent opportunities for nature study, photography, primitive camping, and horseback riding. There are small tracts of virgin timber, and corners of the wilderness remain primitive and uncharted. Around the area's trails and water crossings, however, wilderness character is severely threatened or diminished. In several areas, social trails branch off from system trails, which have deteriorated and become braided or impassable. As a whole, each quality of wilderness character is severely degraded in this wilderness. The continued existence of natural, unique features and the persistence of a true wilderness experience requires public education, restrictions on visitor use, and careful management and intervention by Forest Service staff.



This narrative will describe the five qualities of wilderness character in Lusk Creek Wilderness: 1) untrammeled, 2) natural, 3) undeveloped, 4) opportunities for solitude or primitive and unconfined recreation, and 5) other features (historical and geological). These qualities provide the setting for future measurement of wilderness character and assists in selecting indicators for future monitoring. Monitoring and proper management actions that preserve wilderness character is key to the preservation of Lusk Creek Wilderness so that future generations may continue to marvel at its unique majesty.

## UNTRAMMELED
*Wilderness is essentially unhindered and free from modern human actions that control or manipulate the community of life*

Wilderness is an area where the earth and its community of life are untrammeled by man, in which an area retains its primeval character and influence. Wilderness areas should be allowed to run free and unhindered from the intentional actions of modern human control or manipulation. Management must be approached with the utmost humility and restraint. All actions should be scrutinized and minimized when controlling or interfering with the plants, animals, soils, water bodies, and natural processes of a wilderness. Many actions that improve other qualities of wilderness character—such as the removal of non-native invasive species (NNIS), which improves the natural quality—are still considered trammeling actions, as they intentionally manipulate the ecological system.





The wilderness areas of the Shawnee National Forest are occasionally surveyed for NNIS, and a more thorough inventory is in progress. It would take a large task force an exceedingly long time to properly inventory this wilderness for NNIS distribution. Forest Staff have drafted an NNIS plan, addressing the management direction, objections, and priorities. The NNIS plan also provides maps and proposes a 300 foot invasive treatment corridor around the trails, roads, and waterways of each area. In Lusk Creek, this invasive corridor contains much of the remaining wilderness outside of the trails. NNIS are prominent in Lusk Creek Wilderness, which is the most popular and busy of all the wilderness areas on the forest. The additional traffic by foot and horse along major trails and streams unintentionally helps to spread NNIS and makes treatment more challenging. Boot scrub stations for removal of NNIS seeds are provided at the Indian Kitchen trail and other major trailheads, but not at other popular input areas (New Liberty Church). Outfitters and Guide operations and the general public must be properly educated on the dangers of NNIS, how to identify them, and how to halt the spread.

# UNTRAMMELED
(continued)





There are many NNIS present on the Shawnee National Forest, and certain species are rated as higher priority for eradication and removal. Japanese stiltgrass and garlic mustard are most frequently marked, treated, and monitored within the wilderness. These species thrive in wet, well-traveled, high-traffic areas like Lusk Creek. Seeds are easily distributed and cling to boots and muddy horse hooves. These NNIS have typically been removed by hand whenever encountered, though larger efforts are required to halt the spread of these species. Lusk Creek, a Candidate for Wild and Scenic River designation, could be threatened by aquatic non-native invasive plants (NNIP), such as Eurasian water mil-foil, curly pondweed, and Chinese lespedeza, all of which have been reported within Pope County. This high-quality stream could also provide suitable habitat for silver and bighead carp, as well as zebra mussel and Asian clam. Autumn olive, multiflora rose and invasive honeysuckles grow thick along disturbed areas and trails. Autumn olive can be removed by hand by cutting down the plant and removing the entire root structure. In several areas, multiflora rose encroaches on trails and may require prescribed fire or introduction of biocontrol insects for complete eradication.

Ideally, a wilderness is left to its own devices, with little interference by man. In Lusk Creek, however, interference and management actions must be taken to preserve vital remaining resources, plants, and animals. Visitors are attracted to Lusk Creek by its ideal location, remarkable geologic features, and fantastic waterways. Almost every quality of wilderness character is degraded from this heavy use. Mule teams must haul in loads of gravel in the winter, and staff must reconstruct and mitigate the area's muddy, destroyed trails. Designated trails often require construction of reroutes and in many areas, trails are impassable. Horse hooves leave standing water and mud pits. New trails are blazed to maneuver around these areas. Visitors tie stock to live trees, cut live trees, and trample the area by rerouting around large rocks and steep climbs. ATV use has occurred. New campsites are constructed and each trail is lined with trash. Trails, water crossings, and highlines require frequent, ongoing maintenance. Monitoring and management of the work needed within Lusk Creek seems like a never-ending task. Manpower to properly care for this wilderness is not available, and, in many ways, Lusk Creek has been loved to death by the people at the detriment of wilderness character.

| NATURAL | *Wilderness maintains ecological systems that are substantially free from the effects of modern civilization* |
|---|---|

The rugged topography, geological rock formations, waterways, and diverse vegetation types have created 21 different habitats within Lusk Creek Wilderness. Game and nongame fish and wildlife species are plentiful in the wilderness. Some wildlife populations exist in higher numbers within this wilderness than in other areas of the Shawnee National Forest. Whitetail deer, cottontail rabbit, grey and fox squirrel, bobwhite quail and turkey are hunted, and opossum, raccoon, red and gray fox, and coyote are trapped.



Predatory hawks and owls are commonly seen hunting in the wilderness but represent only a small fraction of the estimated 150-200 species of birds that migrate through or reside in the wilderness. The healthy aquatic environment of Lusk Creek and the three main branches that empty into it have contributed to a diverse freshwater ecosystem. Small and largemouth bass, crappie, sunfish and catfish are just some of the 31 species of fish that occur in Lusk Creek. Darters, minnows, and crayfish provide a stable prey base for sport fish. The many damp drainages, ephemeral pools, muddy trails, and water-holding creeks provide habitat for amphibians. Exposed rock faces and open tracts of land attract many reptiles, including venomous copperheads and timer rattlesnakes. Bobcat, golden mouse, loggerhead shrike, two-lined salamander, and spadefoot toads are just a few forest-listed species that occur in Lusk Creek Wilderness.

There are five natural areas within Lusk Creek Wilderness: (1) East Fork *Oxalis grandis*; (2) *Chimaphila maculata*; (3), Martha's Woods; (4) Lusk Creek North; and (5) Lusk Creek Canyon. The East Fork *Oxalis grandis* natural area is 0.8 acres and contains the state-endangered yellow wood sorrel. *Chimaphila maculata* natural area is a tenth of an acre, and contains three populations of spotted wintergreen, a state endangered plant that only exists in southern Illinois. Martha's Woods is a 6-acre natural area wtih two state-endangered plants – Turk's cap lily and large wood sorrel. Lusk Creek North is a 2.5-acre tract of relict community of plants left behind by migration due to climatic changes and glacial retreat. Club moss, winterberry, hay scented fern, and peat moss can be found in this natural area. Lusk Creek Canyon is the largest natural area at 353-acres, and contains five state-endangered and two state-threatened plant species (loosestrife, Turk's cap lily, two species of sedge, and arching dewberry).



The northern relict plant community is similar in composition to those of the Lusk Creek North site with the addition of black huckleberry, yellow honeysuckle, and alternate leaved dogwood. Lusk Creek Canyon natural area also includes the 125-acre nature preserve, which is owned by the state of Illinois.  At least 800 different kinds of flower plants, ferns and fern allies have been inventoried in the canyon. Ground cedar, partridge berry, and sphagnum – a moss characteristic of northern slopes – can be found on the canyon wall. Relict plants within the canyon were more common during the Illinoian geologic period. Lusk Creek Canyon contains at least two known archaeological sites.

# NATURAL
(continued)



850-acres of Lusk Creek wilderness is designated as a National Natural Landmark. This includes several of the mentioned natural areas and significant archaeological finds inside Lusk Creek Canyon. Lusk Creek is a Candidate for Wild and Scenic River designation, and provides outstanding examples of streams in the Shawnee Hills and Ozark Plateau regions. Natural areas are managed for the preservation, protection and enhancement of their unique natural, botanical values. Use of stock is prohibited, and visitors cannot camp or make fire within natural areas on the Shawnee National Forest. From bank to bank, Lusk Creek itself is a natural area. Sites where trails cross the water (Blanchard, Natural Bridge, Satlpeter Cave, Old Guest Farm, and Bowed Tree) have been carefully chosen and the trail approaches are being hardened to mitigate impacts to this important stream.

The natural quality of wilderness is threatened by increased visitation and use. Lusk Creek is easily accessible, and has become more like a recreation area, rather than a true wilderness. Visitors damage the area, leave trash, trample native vegetation, and unintentionally help to spread non-native invasive species (NNIS). Japanese stiltgrass and garlic mustard are most common in the Lusk Creek Wilderness, and require years of treatment by hand pulling to eradicate. These species thrive in wet, well-traveled areas. There are entire groves of autumn olive in disturbed areas and along trails. Multiflora rose and honeysuckle impede on trails. Several other NNIS have been discovered within Union County. A more thorough inventory of NNIS is needed, and should include surveys of the waterways for aquatic NNIS. Treatment of NNIS will focus on the roadways leading to the area, and all trails and waterways within the wilderness. NNIS are just one threat to the character of this wilderness, and will require long term focus and effort to protect the natural resources of Lusk Creek.



| UNDEVELOPED | *Wilderness retains its primeval character and influence, and is essentially without permanent improvements or modern human occupation* |
|---|---|



Lusk Creek Wilderness once looked far different than what it looks like today. The area has prehistoric and historic use. Two prehistoric Native American forts or compounds, Indian Kitchen and war bluff, overlook Lusk Creek. Flint chips, bone needles, and traces of burned out campfires provide other archaeological evidence of prehistoric use. European settlement began in the 1800's and continued into the early 1930's, when much of the eroded land was abandoned. Though there are some virgin, untouched timber tracts within Lusk Creek, much of the area was previously logged or used for agriculture. Hidden cemeteries, wells, cisterns, rock piles and walls can be found around old homesteads. Areas were cleared for farming and grazing and are undergoing gradual, natural succession. Livestock and wildlife watering holes were constructed and are not maintained. Pastures were marked with wooden or stone fences. Tracts were defined using barbed wire fences. Fruit trees, abandoned roads, and bulb plants like yucca, lilac, and daffodil mark locations of the homes that once stood.

In a more modern sense, Lusk Creek is fairly developed. Hiking and equestrian trails weave in and out of much of the second growth forest. Highline areas have been constructed in several places to contain stock animals. Several campsites are left intact and are not naturalized by staff. These areas remain in hopes of concentrating visitor use and preserving resources. Trails are well worn and extremely degraded in some areas. Visitors leave trash, stack rocks, and carve inscriptions on trees and rock faces. Compared to other wilderness areas, Lusk Creek is lacking in appropriate signage. On the Indian Kitchen trail, large signs are placed every quarter mile leading to the highline. Upon reaching the highline, it is unclear where to go. Some trails are closed, but old and outdated signage does not properly indicate which trails are closed. Several trails that have become braided or have long reroutes. Reroutes and water crossings are in need of reassurance signs. Unlike other areas, trail numbers and names are infrequently posted on trees. Some directional signage is present. Construction at campsites and damage to trees are increasing within this wilderness. Recreational sites have been monitored for impact since 2006 and are removed using an early detection and rapid response strategy. In 2005, several new developments and structures were installed in Lusk Creek, including water bar construction and reconstruction, rock construction, dams, and turnpikes. Two additional crossings at Lusk Creek were implemented. In 2005, 194 mule pack loads brought in 20 tons of washed river rock and 10 tons of clay and fine rock mix, which was used to remedy trails. This maintenance is ongoing.

# UNDEVELOPED
(continued)





There are several acres of private inholdings remaining within Lusk Creek Wilderness. Most landowners have installed fences and posted trespassing signs to keep out the increasing numbers of recreationists. Property lines in many areas are still unclear. To the north, a private road runs through the wilderness to one of these inholdings. Roads border or run near much of the wilderness borders. Turkey, squirrel, and deer hunting are popular within the wilderness, though hunters must not establish permanent deer stands. Fishing is unrestricted within the wilderness, and Lusk Creek teems with catfish, bass, and sunfish. Illegal ATV use and some bicycle use has occurred on trails that lead to and around Secret Canyon.

Lusk Creek is easily accessible, and the area around it is becoming more developed to accommodate the increased tourism. The wilderness is near a small town, Eddyville, and several horse camps. At least seven outfitter and guide operations and several horse camps and lodges border the Wilderness and offer an estimated 400 campsites for recreationists. Burden Falls, Bay Creek, and Garden of the Gods Wilderness, as well as One Horse Gap Lake, and Bell Smith Springs Natural Area are popular nearby attractions. Easy access brings many visitors who are not necessarily seeking the true wilderness experience. This natural environment may seem rugged, but the impacts of humans can degrade or destroy resources and tarnish the wilderness experience. Compared to other wilderness areas, Lusk Creek is highly developed. The iconic and most prevalent structures in this wilderness are natural ones to be enjoyed time and time again, but increasing visitation, damage, and developments detract from the natural setting of this wilderness and the wilderness experience.

# OPPORTUNITIES for SOLITUDE or PRIMITIVE and UNCONFINED RECREATION

*Wilderness provides outstanding opportunities for solitude or primitive and unconfined recreation*

Each year, an increasing number of visitors come to Lusk Creek Wilderness seeking out the streams, fantastic geologic formations, and for the stunning views of Luck Creek Canyon. Others seek an outdoor escape from the busy, modern world. Lusk Creek Wilderness has become more like a recreation area, rather than a wilderness. It is so heavily trafficked that solitude is practically nonexistent. This is not a wilderness in which true isolation is readily experienced. Even if you don't see or hear people, you see evidence at every turn and trail of people who came before you. It is a popular destination by both the experienced and inexperienced outdoorsmen and tourists alike. Sounds from other parties carry for miles in the canyons and rolling hills. Group size is restricted to ten hikers or riders to try to preserve solitude. Some solitude monitoring is beginning in the Shawnee. Solitude and tranquility are only restored by venturing off-trail and blazing new paths, though this is also a critical and unwanted problem within this wilderness. New trails and campsites detract from the natural quality of the wilderness and degrade resources. Very little of this, the largest wilderness on the Shawnee, is untouched by modern man.

The central location means the wilderness is readily accessible, and the seven outfitter and guide operations provide opportunities for recreation. An estimated 400 campsites are available within a short riding or driving distance to Lusk Creek Wilderness. There are many other attractions near Lusk Creek, including Burden Falls, Bay Creek, and Garden of the Gods Wilderness, One Horse Gap Lake, and Bell Smith Springs Natural Area. Easy access brings many visitors who are not necessarily seeking the true wilderness experience. Graffiti, tree or rock carvings, traffic, and litter detract from the feeling of true solitude. Lusk Creek feels far from the primitive retreat into wild land that it once was. The wilderness has miles of designated trails, but trails have become so degraded in several areas, like the Indian Kitchen Trail, that they are impassable. Those on foot will struggle in some areas with ankle high mud and standing water that forces them to create new trails to go around. This has caused many of Lusk Creek's trails – especially those frequented by equestrians – to become braided. In some areas, braids or reroutes have degraded more so than the original trail. A lack of signage, and



# OPPORTUNITIES for SOLITUDE or PRIMITIVE and UNCONFINED RECREATION
(continued)





creation of social trails make for confusing, frustrating hikes. A compass, map, and GPS are recommended for all who enter into the wilderness. Equestrian use is a way of life for many residents and locals, and is an extremely popular way to see and experience the wilderness, but has severely impacted the trails of Lusk Creek. The River to River trail runs east to west through the southern portion of the wilderness and is frequented by equestrians. Horses also facilitate the spread and continued presence of NNIS. Use during winter and wet conditions have contributed largely to the state of some trails. Horseback riding is also dangerous in some areas with large boulders and steep, rocky slopes. Highlines, rocky areas, water crossings, and concentrated-use areas become slick and muddy after heavy rain. Trails from the New Liberty Church receive far less equestrian use and are in far better condition.

There are no designated campsites within Lusk Creek Wilderness. Hiking and camping is allowed anywhere within the wilderness, though visitors are strongly encouraged to utilize established campsites. Camping and travelling with stock is prohibited in natural areas on the Shawnee National Forest. Camps cannot be established within 100 feet of a trail, lake or stream. New camps are commonly established within these limits. Highlines are provided to restrain and confine stock animals, but camping with stock anywhere outside of highlines within Lusk Creek Wilderness is not allowed. The Natural Bridge and Saltpeter Cave areas are ride-through only, and equestrians are not allowed to stop when walking over or through these areas. Several areas are in dire need of maintenance, but the time and effort needed to properly care for and manage the wilderness and its many problems is not feasible. Use of stock animals is prohibited from December 1st to March 31st and riding trails when there has been more than 1" of rainfall within 24 hours is prohibited. Stock can only be tethered at highline areas. Visitors frequently tie animals to live vegetation. Backpackers are welcome to travel anywhere within the wilderness, but equestrians must stay on designated trails in the wilderness.



Use of Lusk Creek Wilderness has steadily increased following its designation as wilderness. As visitor numbers increase, finding true solitude becomes more difficult. Lusk Creek still provides opportunities to harness primitive skills by hiking or riding through the forest. Though the rock formations and scenic hikes or rides are the major attraction here, people are gradually loving the area to death. Wilderness character and a true wilderness experience are diminished or even nonexistent in some areas of Lusk Creek Wilderness. Its admiration and recreational opportunities comes at the cost of solitude and its precious natural resources.

**LUSK CREEK - WILDERNESS CHARACTER NARRATIVE**            **AUGUST 2016**

LuskAR001995

# HISTORICAL and GEOLOGICAL VALUES

*Wilderness may also contain ecological, geological, or other features of scientific, educational, scenic, or historical value.*

Lusk Creek Wilderness, much like the rest of the Shawnee National Forest, has a rich history. People have been living in and visiting this area long before it was a designated wilderness. Around 1000 BC, Native Americans began limited agriculture and invented bows and arrows 100 years later. Among the prehistoric structures left behind were a number of forts, and at least nine of these are present in the hills of southern Illinois. Two of these, Indian Kitchen and war bluff, overlook Lusk Creek. Indian Kitchen trail leads to one of these compounds, which sits on a precipice on privately-owned land. Traces of burned out campfires, flint chips and bone needles can still be seen along the overhangs and bluffs bordering Lusk Creek. Native Americans were driven from the area in the 1790's, and the land was settled. Much of the area was logged or inhabited after the 1800's. Southern Illinois was not suitable for agriculture, and farms were abandoned in the 1930's. Cemeteries, wells, cisterns, rock piles and walls, and livestock ponds can be seen in this wilderness and throughout the Shawnee National Forest. The area was recommended for wilderness designation in 1979 and was designated by the Illinois Wilderness Act of 1990 (PL: 101-633). There are several acres of private inholdings within the wilderness, and acreage was recently increased by acquisition of the East Fork Special Management Area, originally set aside for mineral and fluorspar prospecting. Laws protect prehistoric and historic sites on federal lands, and if historical sites are disturbed, information that they may provide about the past may be lost forever.

Lusk Creek Wilderness is part of the Greater Shawnee Hills, which took millions of years to form. This area was buried beneath several miles below the surface underneath a shallow inland sea, approximately 320 million years ago. For millions of years, great rivers carried sand and mud to this sea, where it settled along the shoreline. Over time, the weight of the sediments and pressure turned sand and mud into rock. After the sea retreated southward and exposed the stone and bedrock, erosion by windblown sand, rain, and freezing/thawing wore away at exposed rock faces, which are marred with dark red-brown swirls and rings of iron. These bands, called liesgang bands, were caused when the sandstone underground was saturated with iron-containing groundwater. Iron solidified as rust between rock particles and this iron has resisted weathering more so than the orange-colored sandstone around it. Sandstone outcroppings along rocky bluffs are common and form many cave-like shelters and canyons in the wilderness. Secret Canyon is carved from 320-million year old stone and decorated with large, angled crossbeds that look like brush strokes. Today, the wilderness and the rocky features provide vital information about the distant past, and are a valuable geologic asset, making the geology one of this wilderness area's most valuable and unique aspect.



# LUSK CREEK



**PREPARED BY**

Kelsey Anderson - Wilderness Researcher
  USFS R9 Regional Office, Milwaukee, WI
  Society for Wilderness Stewardship

**USFS CONTRIBUTORS**

Kelly Pearson - Wilderness Technician and
  Volunteer Coordinator

Elizabeth ???? - TITLE

Shannon Sharp - Botanist





**LUSK CREEK - WILDERNESS CHARACTER NARRATIVE**    **AUGUST 2016**

LuskAR001997