**Law, Regulation, and Policy Citations Applicable to This Situation**

1. Section 5 of the Wilderness Act of 1964 authorizes the Forest Service to permit ingress and egress to private land that is surrounded by National Forest lands within the Wilderness (The Wilderness Act of 1964 (usda.gov)). The Act prohibits motor vehicles in congressionally designated Wilderness, which unless exempted from closure through a Forest Service authorization, are in trespass and subject to law enforcement citation (eCFR: 36 CFR 261.10 - Occupancy and use).

    - I understand you have witnessed evidence of unauthorized motor vehicle use in the Wilderness. Please contact Forest Service law enforcement officer, Colin Fisher, (414) 305-7636 or email colin.fisher@usda.gov in future instances.

2. The New England Wilderness Act of 2006 (Public Law 109-382 382.pdf (house.gov)) limited the Forest Service's ability to use and maintain the road and associated bridges to your inholding for administrative or public mechanical or motorized use. Nothing in the Act reserved access to inholdings within the Wilderness, or otherwise exempted private landowners from having to comply with the rules and regulations governing the protection and administration of the Wilderness.

3. Federal Regulations governing access and the requirement to hold an authorization are at 36 CFR Part 212.6 and 251.50(d).

4. The land use fee charged for special use authorizations, such as road access, is based on the fair market value to traverse, occupy, or use public lands, as determined by the Bureau of Land Management (BLM) fee schedule (Federal Register: Update of Linear Right-of-Way Rent Schedule and 36 CFR 251.57. The Forest Service adopted the BLM fee schedule and approach over 35 years ago nation-wide to be increasingly consistent and predictable (48 FR 44014, 12/05/1986 at 44005-44031.pdf (federalregister.gov)).

    - The fee schedule is set by a well prescribed process, but the fee for a special use permit may vary depending on the acreage authorized. For example, the land use fee for a uniform six-foot road right-of-way width will differ from that for a uniform 12-foot right-of-way. I understand the Forest has worked with you all to minimize the footprint of the right-of-way permitted to the maximum extent practicable to decrease the fees.

    - The annual land use fees go to the U.S. Treasury and are not retained by the Forest Service. The land use fee schedule is not something the Forest Service has discretion to alter and the fees are not subject to administrative appeal because they're included in an established fee schedule that has properly been established for many years (36 CFR 214.4(c)).

    - Your fees could be reduced if you and the other landowner in the Wilderness formed a Road User Association. If an Association is formed, a single permit to the Association could be issued, decreasing the annual fees to both parties ((FSM 2711.6). An Association would run with the land, streamlining administration for all parties involved.

5. In regards to your requests to modify the standard permit language on the FS 2700-4c form, the Washington Office Lands Staff have reviewed your case pursuant to

LuskAR001998

national policy in Forest Service Handbook 2709.11, section 14, 50.2 and 53 (see excerpts provided on the next page). Access is a very common use type for the agency and this use code and form are customized for access in Wilderness. Alternations would not be appropriate in this case as the permit was written to be legally and programmatically sufficient to protect the interests of the United States and National Forest System resources. The form is used nation-wide to provide a consistent approach to accommodate special uses, and there is a public notification and comment process used to publish substantial edits to standard terms and conditions. Forest Service legal counsel have advised that the Paperwork Reduction Act of 1995, 44 U.S.C. § 3501 et seq., and its implementing regulations at 5 CFR Part 1320, further limit the agency's ability to negotiate substantive revisions to special use authorization forms with other parties (S.244 - 104th Congress (1995-1996): Paperwork Reduction Act of 1995 | Congress.gov | Library of Congress; eCFR: 5 CFR Part 1320 - Controlling Paperwork Burdens).  However, please note that there is flexibility to address case specific items in an operating plan that may be attached to and made part of the permit authorizing access.

LuskAR001999