**Outlook**

---

## Lusk Creek Inholders - Sample permit and Draft O&M plan

---

**From** Varel, Kyle - FS, IL <kyle.varel@usda.gov>

**Date** Thu 2/6/2025 1:47 PM

**To** Morris, Cindy - FS, IL <Cynthia.Morris1@usda.gov>; Henk, Austin - FS, IL <Austin.Henk@usda.gov>; Lecher, Laura - FS, IL <laura.p.lecher@usda.gov>; Wilson, Dennis - FS, IL <dennis.b.wilson@usda.gov>; Deaton, Chad - FS, IL <chad.deaton@usda.gov>

📎 4 attachments (1 MB)

AppendixA.PointByPoint.MaintenanceMap.pdf; AppendixB.PointByPoint.MaintenanceDescriptions.pdf; LuskCreek.O&MPlan.Draft.docx; Bramlet.David.docx;

Please review the attached sample special-use permit and draft O&M plan (appendices to the permit). Austin and other FS staff provided Appendix A-B…thank you.  I developed Appendix C-E patterned after a similar wilderness access permit on the Green Mountain NF in Vermont.

Please add any missing pertinent language/specs/stipulations (or forward on accordingly for other expert input) as you see fit.  Formatting may need some tweaks as well.  The permit itself can't really be edited…it's canned/standard language populated by SUDS.

The draft O&M plan draft and sample permit have been uploaded to shared project folder here https://usfs.app.box.com/folder/303958568545.

Let me know if you have any questions, concerns, or recommendations.  Thank you.

Kyle Varel
Natural Resource Specialist-Recreation

  **Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

Shawnee National Forest
602 N 1st St., Vienna IL 62995
p: (618) 658-1330 | c: (270) 748-5517