**Outlook**

### Re: Lusk Creek In-Holding

**From**  Kevin Nelson <knelson@redimage.com>
**Date**  Thu 1/23/2025 5:11 PM
**To**    Varel, Kyle - FS, IL <kyle.varel@usda.gov>; Jeremy Nelson <Jeremy_Nelson78@yahoo.com>

We appreciate the Forest Service's efforts in providing solutions for motorized access for the inholdings within the Lusk Creek Wilderness. However, we would like to request clarification regarding the responsibility for maintaining the 2.5-mile access road referenced in the decision memo.

The memo mentions that inholders are permitted to use mechanized equipment to conduct routine maintenance and repairs of the access road. Given that the road serves a dual purpose as both private access for inholders and a shared resource within Forest Service lands for public use, maintenance responsibility does NOT lie solely with the inholders and will need to be clearly defined and agreed upon.

We would appreciate your confirmation or further guidance on this matter as it was not clearly defined in the LCW Decision.  We will want to ensure alignment with both inholder rights and Forest Service policies.

I will be happy to share a list of contact info for each of our deeded owners, forthcoming.

Thank you for your assistance. Please feel free to contact us if additional information or discussion is needed.

Kevin Nelson


On Thu, Jan 23, 2025 at 2:46 PM Varel, Kyle - FS, IL <kyle.varel@usda.gov> wrote:

> Mr. Nelson,
>
> Thanks for reaching out.  The proposal went through regional review and came back with full support.  The Forest Supervisor signed the decision on 1/21/2025.  You can view it and other project info here https://www.fs.usda.gov/project/shawnee/?project=67220.
>
> We anticipate beginning to generate special-use permits in the coming days.  We will not be issuing any temporary/interim letters of authorization for access since we should have the permits developed shortly.  We'll also have to address the operating plans to include shared maintenance on the access route.  That may be a challenge but I think we can work it out once we know all the permit holders.

Are you current property owner? If so, you can help by providing me up-to-date contact information for your particular tract(s) including full name, mailing address, phone number, email, and parcel/deed and/or tax ID number. At this time, only property owners can apply for permits.

Feel free to reach out if you have any further questions. Thank you.



**Kyle Varel**
**Natural Resource Specialist**

**Forest Service**

**Shawnee National Forest**

p: 618-658-1330
c: 270-748-5517
f: 618-658-1300
kyle.varel@usda.gov

602 North 1st St.
Vienna, IL 62995

www.fs.usda.gov

**Caring for the land and serving people**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information

it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.