Outlook

## [External Email]Lusk Creek Wilderness Special Use Permits

**From** D Johnson <dcj5300@gmail.com>
**Date** Thu 1/23/2025 4:22 PM
**To** Horton, Daniel - FS, IL <Daniel.Horton@usda.gov>; Varel, Kyle - FS, IL <kyle.varel@usda.gov>

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello,

As a owner of two inholdings in the Lusk Creek Wilderness
I have a question about the implementation of the Special Use Permits now that the proposal has been approved.

I have perused all the documents available on the project's website that were updated on Jan 22, 2024 and of particular interest were the ones under Engineering that show the work to be done on the approved route.

It appears from my interpretation of what I read, there are 55 points needing some type of fix, repair, or improvements that will require heavy equipment and several loads of rock or gravel among other necessary items to accomplish the work listed.

My question is who is going to be doing the work and who will be paying for it?

Are the people who own property in the Wilderness and will be getting Special Use Permits expected to somehow accomplish and pay for all this work or is the Forest Service going to do it?

I can't speak for the other property owners, but as a person of limited financial resources and living on a fixed income, the answer will determine my future steps on obtaining a Special Use Permit.

Thank you,
Derrick Johnson

LuskAR002004