UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTWOOD, INCORPORATED, et al., )<br>)<br>    Plaintiffs,                  )<br>)<br>vs.                                      )<br>)<br>FELIPE CANO, et al.,           )<br>)<br>    Defendants.             )  | Case No. 3:25-cv-1850-NJR |

**PLAINTIFFS' MOTION TO COMPLETE AND
SUPPLEMENT THE ADMINISTRATIVE RECORD**

Plaintiffs Heartwood and Wilderness Watch request that the Court order Defendants to complete the administrative record with the following documents:

- Request for Project Input ("RPI"); and

- Archaeological Survey/Testing Short Report.

In addition, Plaintiffs request this Court to supplement the administrative record with the following documents:

- Operation and Maintenance Plan ("O&M Plan"); and

- Special Use Permit for the Project ("SUP")

As explained in the Brief that accompanies this Motion, these documents are essential for effective judicial review of the challenged administrative action, and the record is incomplete without them. In support of this motion, Plaintiffs state as follows:

1. Defendants issued a Decision Memo dated January 21, 2025, authorizing road construction and year-round motorized use through Lusk Creek Wilderness. Complaint at ¶1.

2. On January 30, 2026, Defendants lodged what purports to be the full administrative record (the "AR") for the Lusk Creek Access Project (the "Project").

3. Plaintiffs notified Defendants that several documents were missing from the administrative record, including the Request for Project Input ("RPI"), the Archaeological Survey/Testing Short Report prepared by the Illinois State Historic Preservation Office (the "Archaeological Survey"), the Operation and Maintenance Plan for the Project ("O&M Plan"), and a form special use permit for the Project ("SUP").

4. On March 6, 2026, Defendants added several documents to the AR, including a February 6, 2025 internal Forest Service email transmitting the O&M Plan and SUP (LuskAR 002000), but failed to include the RPI, Archaeological Survey, O&M Plan, or the SUP.

5. The Administrative Procedure Act requires a court reviewing the legitimacy of an administrative decision to have before it and to review the "whole record." 5 U.S.C. § 706.

6. As explained in the Brief that accompanies this Motion, the RPI and the Archaeological Survey must be added to the AR to ensure the Court can properly assess the validity of Defendants' decision. Without them, the AR remains incomplete and this Court cannot properly evaluate the Forest Service's decision.

7. Defendants refuse to add the O&M Plan and the SUP to the AR, claiming that such documents are post-decisional. Nevertheless, as explained in the accompanying Brief, the Court should include such documents in the AR because they are necessary to provide technical clarification of the Project's scope, and to demonstrate that the agency failed to consider all relevant information in rendering its decision.

WHEREFORE, for the reasons set forth herein and in Plaintiffs' Brief in Support of this Motion filed contemporaneously herewith, Plaintiffs move this Court to complete and supplement the administrative record in this case with the RPI, the Archaeological Survey, the

O&M Plan and the SUP, and for such other and further relief as this Court deems proper under the circumstances.

        Respectfully Submitted,

        */s/ Sarah Rubenstein*
        Sarah Rubenstein (Illinois Bar No. 6244789)
        Bruce Morrison (Illinois Bar No. 6279301)
        Great Rivers Environmental Law Center
        4625 Lindell Blvd., Suite 200
        St. Louis, MO 63108
        Tel: 314-231-4181
        srubenstein@greatriverslaw.org
        bamorrison@greatriverslaw.org

        */s/ Daniel Brister*
        Daniel Brister (Montana Bar No. 64922907)
        Wilderness Watch
        P.O. Box 9175
        Missoula, Montana 59807
        Tel: 406-542-2048
        danb@wildernesswatch.org
        *Application for Admission Pro Hac Vice Pending*

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 13th day of March, 2026, a true and correct copy of the foregoing was filed electronically on PACER to be served by operation of the Court's electronic filing system upon all parties of record.

        */s/ Sarah Rubenstein*