UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HEARTWOOD, INCORPORATED and WILDERNESS WATCH, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 3:25-cv-01850-NJR |
| FELIPE CANO, Forest Supervisor of the Shawnee National Forest, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) ) ) | **DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD** |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants move this Court to enlarge the time to respond to Plaintiffs' Motion to Complete and Supplement the Administrative Record.  In support of this Motion, Defendants state the following:

1.      Plaintiffs filed their Motion on Friday, March 13, 2026, and the Court has ordered Defendants to respond by Tuesday, March 24, 2026.  *See* Dkt. Nos. 22-24.

2.      Defendants seek to enlarge the time to file their response by one week to March 31, 2026.

3.      Under Rule 6, the Court "may, for good cause extend the time" for Defendants to respond to Plaintiffs' Motion.  Fed. R. Civ. P. 6(b)(1).

4.      The standard for determining good cause primarily considers the diligence of the party seeking the extension.  *See Trustmark Ins. Co. v. Gen. & Cologne Life Re of Am.*, 424 F.3d 542, 553 (7th Cir. 2005) (considering good cause under Rule 16(b)).

5.      Good cause exists here because the undersigned counsel has two briefs due next week in other cases and is also working on negotiations to settle three other cases with upcoming deadlines.

6.      Good cause also exists because Defendants are diligent in their request for a modest extension. The Court entered its order today, and this request is filed one week in advance of the current deadline to respond.

7.      Counsel for Defendants conferred with Plaintiffs' counsel, who represented that Plaintiffs do not oppose Defendants' request for an enlargement of time of one week.

8.      No party will be unduly prejudiced by this request for a modest enlargement of time.

For the reasons stated above, Defendants request that the Court enlarge the time for Defendants to respond to Plaintiffs' Motion by one week from March 24, 2026, to March 31, 2026.

Respectfully submitted this 17th day of March 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

 */s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
202-532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*