**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HEARTWOOD, INCORPORATED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FELIPE CANO, Forest Supervisor of the Shawnee National Forest, et al.,<br><br>Defendants. | Case No. 3:25-cv-01850-NJR<br><br>**DEFENDANTS' NOTICE OF FILING ADMINISTRATIVE RECORD DOCUMENTS** |

Defendants submit this Notice of Filing pursuant to the Court's September 30, 2026 Order, Dkt. No. 30, directing Defendants to complete the Administrative Record with the Request for Project Input and the Archaeological Survey. Attached to this Notice as Exhibit 1 is the index for the Administrative Record updated to include these two documents. Attached as Exhibits 2 and 3 are the Request for Project Input and the redacted version of the Archaeological Survey. Defendants will separately file under seal the full, unredacted version of the Archaeological Survey in accordance with the Court's Order.

Respectfully submitted this 30th day of October 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

*/s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ
Senior Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
202-532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*