| Bates Number | Date | Author | Name | Details |
|---|---|---|---|---|
| 01-Scoping | | | | |
| LuskAR000001-000002 | 2024-11-01 | Wilson | LCW Private Inholding Access Scoping Cover Letter.pdf | |
| LuskAR000003-000008 | 2024-11-01 | Wilson | LCW Private Inholding Access Scoping Notice.pdf | |
| 03-Specialists Reports | | | | |
| 03-Specialist Reports\Botany | | | | |
| LuskAR000009-000012 | 2024-09-05 | Esch | Lusk Creek Inholding Rt Species List | |
| 03-Specialist Reports\Engineering | | | | |
| LuskAR000013 | 2024-10-22 | Henk | 2525 Lusk Creek Inholding Eng Pts Topo | |
| LuskAR000014 | 2024-10-22 | Henk | Point by Point Description | |
| 03-Specialist Reports\MRA | | | | |
| LuskAR000015 | 2024-09-19 | Copeland | Lusk Creek Wilderness Access to Private Property 673045 | |
| LuskAR000016-000051 | 2024-09-13 | Chaveas | MRAF Lusk Creek Wildernss Access Road | |
| 03-Specialist Reports\Soils Hydro | | | | |
| LuskAR000052 | 2024-05-02 | Anderson | Lusk Creek Hydrology | |
| LuskAR000053 | 2024-10-21 | Anderson | Lusk Creek Soil Map | |
| LuskAR000054-000089 | 2024-10-21 | Anderson | Soil Report | |
| 03-Specialist Reports\Wildlife | | | | |
| | | | 03-Specialist Reports\Wildlife\BE | |
| LuskAR000090-000101 | 2024-12-13 | Vukovich | Lusk Creek Inholding Project BE | |
| | | | 03-Specialist Reports\Wildlife\Species List and IPAC determination letter for federal species | |
| LuskAR000102-000114 | 2024-12-13 | Vukovich | NLAA Concurrence TRI CLR BAT RW | |
| LuskAR000115-000125 | 2024-12-13 | Vukovich | Species List Southern Illinois Sub Office | |
| 04-Consultation | | | | |
| 04-Consultation\Heritage and Tribal Relations | | | | |
| LuskAR000126 | 2024-10-24 | Chaveas | SHPO Cover Letter | |

| | | | | |
|---|---|---|---|---|
| LuskAR000127 | 2024-11-06 | Carey | SHPO Response | |
| | | | 04-Consultation\Heritage and Tribal Relations\THPO Cover Letters | |
| LuskAR000128 | 2024-10-24 | Chaveas | THPO Cover Letter Absentee Shawnee | |
| LuskAR000129 | 2024-10-24 | Chaveas | THPO Cover Letter Delaware Tribe | |
| LuskAR000130 | 2024-10-24 | Chaveas | THPO Cover Letter Eastern Shawnee | |
| LuskAR000131 | 2024-10-24 | Chaveas | THPO Cover Letter Miami | |
| LuskAR000132 | 2024-10-24 | Chaveas | THPO Cover Letter Osage | |
| LuskAR000133 | 2024-10-24 | Chaveas | THPO Cover Letter Peoria | |
| LuskAR000134 | 2024-10-24 | Chaveas | THPO Cover Letter Quawpaw | |
| LuskAR000135 | 2024-10-24 | Chaveas | THPO Cover Letter Shawnee | |
| LuskAR000136 | 2024-10-24 | Chaveas | THPO Cover Letter UKB | |
| 04-Consultation\Heritage and Tribal Relations\THPO Responses | | | | |
| LuskAR000137-000138 | 2024-11-19 | Carey | Osage Response | |
| LuskAR000139 | 2024-11-08 | Carey | Quapaw Response | |
| LuskAR000140 | 2025-01-02 | Carey | Shawnee Response | |
| 05-Public Involvement and Comments | | | | |
| LuskAR000141-000160 | 2024-11-21 | | Katie Bilodeux email plus attachment binder | |
| LuskAR000161-000170 | 2024-11-21 | | Katie Bilodeux email plus David Bickell declaration | |
| LuskAR000171-000182 | 2024-11-21 | | Katie Bilodeux email plus John Wallace declaration | |
| LuskAR000183-000184 | 2024-11-21 | | Katie Bilodeux email plus Sam Stearns declaration | |
| LuskAR000185-000201 | 2024-11-21 | | Katie Bilodeux email plus WW and Heartwood Comments | |
| LuskAR000202-000204 | 2024-11-18 | Horton | Lusk Creek Inholding Access Project Final Email Wallace | |
| LuskAR000205-000206 | 2024-11-14 | Wallace | Public Comment 1 for Lusk Creek Private Inholding Access | |
| LuskAR000207-000208 | 2024-11-15 | Nelson | Public Comment 2 for Lusk Creek Private Inholding Access | |
| | | | 05-Public Involvement and Comments\Response to Comments | |

| | | | | |
|---|---|---|---|---|
| LuskAR000209-000213 | 2024-12-03 | | Lusk Creek Wilderness Response to Comment 1232024 | |
| 05-Public Involvment and Comments\LateComments | | | | |
| LuskAR000214-000216 | 2025-01-30 | | IDNR Lusk Creek Wilderness Private Inholdings Access Project Comments | |
| LuskAR000217-000218 | 2025-01-30 | | USDAFS Lusk Creek Access Project 01302025 IDNR Comments | |
| 06-Maps and Photos | | | | |
| LuskAR000219 | 2024-08-23 | Henk | 2525 Lusk Creek Inholding Eng Pts Topo 2 Restoration Areas | |
| LuskAR000220 | 2024-11-18 | Horton | LCW Map C | |
| LuskAR000221 | 2024-08-23 | | LCW Repairs | |
| LuskAR000222 | 2023-12-12 | | Lusk Creek Inholding Actual Route | |
| 07-NEPA documents | | | | |
| LuskAR000223-000228 | 2025-01-21 | Cano | LCW DM | |
| 08-References | | | | |
| 08-References\Wildlife References | | | | |
| 08-References\Wildlife References\BE references | | | | |
| LuskAR000229-000234 | | Vukovich | Anderson 2005 Conservation Assessment | |
| LuskAR000235-000282 | 1994-08-31 | Vukovich | Brandon 1994 Timber Rattlesnake Status Survey Final Report | |
| LuskAR000283-000338 | | Vukovich | Brandon 2005 Species Conservation Assessment Crotalus Horridus | |
| LuskAR000339-000359 | | Vukovich | Brandon 2005 Species Conservation Assessment Hyla Avivoca | |
| LuskAR000360-000455 | 1994-08-31 | Vukovich | Brandon et al 1994 | |
| LuskAR000456-000472 | 2006-08-30 | Vukovich | Brandon et al 2006 | |
| LuskAR000473-000484 | 2021-01-16 | Vukovich | Cheng et al 2020 | |
| LuskAR000485-000488 | 1992-12-01 | Vukovich | Cummings and Myers 1992 Guide to Freshwater Mussels of Midwest | |

| | | | | |
|---|---|---|---|---|
| LuskAR000489-000576 | | Vukovich | Feldhamer et al 2015 | |
| LuskAR000577-000612 | 2015-01-01 | Vukovich | Jepsen et al 2015 Monarchs USFS Final | |
| LuskAR000613-000620 | 2002-10-01 | Vukovich | Lewis 2002 Stygobromus Subtilis | |
| LuskAR000621-000628 | 2016-06-08 | Vukovich | Lorch et al 2016 | |
| LuskAR000629-000637 | | Vukovich | Maslo et al 2015 | |
| LuskAR000638-000644 | 2017-08-17 | Vukovich | Myczko et al 2017 | |
| LuskAR000645-000653 | 2019-09-05 | Vukovich | O'Keefe et al 2019 | |
| LuskAR000654-000659 | 2021-03-15 | Vukovich | Reptile Road Mortality Palis 2021 | |
| LuskAR000660-000663 | | Vukovich | Smaga et al 2021 | |
| LuskAR000664-000676 | | Vukovich | Taylor 2002 O. Indianensis Cons Assessment | |
| LuskAR000677-000687 | | Vukovich | Taylor 2002 O. Kentuckiensis Cons Assessment | |
| LuskAR000688-000698 | | Vukovich | Taylor 2002 O. Placidus Cons Assessment | |
| LuskAR000699-000704 | | Vukovich | Veilleux et al 2003 | |
| LuskAR000705-000710 | 2013-01-01 | Vukovich | Whitby et al 2013 | |
| LuskAR000711-000719 | 2013-10-23 | Vukovich | Womack et al 2013 Resource Selection | |
| LuskAR000720-000757 | 2004-08-18 | Vukovich | Zeman and Burr 2004 Bantam Sunfish | |
| **09- Programmatic Documents** | | | | |
| [illegible] 001127 | 2006-03-20 | | Shawnee FP EIS.pdf | |

| | | | | |
|---|---|---|---|---|
| 001431 | 2006-03-20 | | Shawnee NF Forest Plan 2006.pdf | |
| LuskAR001432-001763 | 2006-03-20 | | Shawnee NF Forest Plan EIS appendices.pdf | |
| LuskAR001764-001821 | 2006-03-20 | | Shawnee NF ROD forest plan 2006.pdf | |
| LuskAR001822 | 2006-03-20 | | Shawnee NForest Plan Map.pdf | |
| LuskAR001823-001936 | 2005-12-03 | | U.S. Fish and Wildlife Service Programmatic Biological Opinion for 2006.pdf | |
| | | | | |
| **10- Supplemental Records** | | | | |
| LuskAR001937-001942 | 1991-06-06 | | 01Supp Alternate Route Evaluation 1991 | Engineering Memo |
| LuskAR001943-001985 | 1994-02-09 | | 02Supp Lusk Creek Wilderness Implementation Schedule_1993 | 1993 Wilderness Implementation |
| LuskAR001986-001997 | 2016-08-01 | | 03Supp LuskCreekWilderness_NARRATIVE | Wilderness Narrative |
| LuskAR001998-001999 | | | 04Supp LawRegulationPolicyApplicabletotheSituatio | Legal Authorities |
| LuskAR002000 | 2025-02-06 | | 05Supp Lusk Creek Inholders - Sample permit and Draft OM plan binder | Email February 2025 |
| LuskAR002001-002003 | 2025-01-23 | | 06Supp Re_Lusk Creek In-Holding | January 2025 email |
| LuskAR002004 | 2025-01-23 | | 07Supp External Email_Lusk Creek Wilderness Special Use Permits (4) | Email January |
| **11- Court Ordered Supplemental Documents** | | | | |
| LuskAR002005 | 2024-10-18 | | ASSR LCW Private Inholding Report Final UNDER_SEAL | Heritage Report Under-seal |
| LuskAR00200 | 2024-10-31 | | LCW Private Inholding RPI | RPI |