# Request For Project Input

## Proposed Action Preparation

## Comments
**Due By 10/31/2024**

## Hidden Springs/Mississippi Bluffs Ranger Districts

Categorical Exclusion Review or
Preliminary Environmental Assessment Review

**Date Requested: 10/9/2024**
**Project Name: LCW Private Inholding Access Project**
**Type of Project: Road Permit**
**Interdisciplinary Team Leader: Dan Horton**
**Date of Presentation to NEPA Team: 10/9/2024**
**County or Counties: Pope County**

## Part 1a – Project Proposal *(to be completed by project lead)*

**Background:** The Illinois Wilderness Act of 1990 created the Lusk Creek Wilderness, within which a 1-acre inholding and an 87-acre inholding exist. The inholdings are jointly owned by Ben and Patricia Effland, Larry Capps, Kevin Nelson, Nerissa Capps-Glasden, Jamette Morgan, Francis Pike, Travis Pike, Naomi Pike, Dave and Pamela Bramlet, Derrick and Rosalea Johnson, Robert and Elena Hamilton. Their year-round historic access has been by use of licensed full-size vehicles as well as Off-Highway Vehicles (ATV/Motorcycle aka OHV) using the Oak Blanchard access road (located next to New Liberty Church) for approximately 2.5 miles beginning at the current wilderness boundary. The private inholdings have cabins and associated infrastructure.

The landowners were contacted in 1990 informing them their access to the inholding was in and around a designated wilderness area and that the Forest Service would work with them to provide authorization for the most mutually desirable location and means for access to their property. A Letter of Authorization (LOA) was issued in 1988 granting some of the private landowner's permission to use Oak Blanchard Road to access their property.

### Proposed Action:

The proposal is to provide access by motorized use year-round needed to fulfill ANILCA obligations for reasonable use and enjoyment of the land by the inholding owners and to support the historic use requested on the special use permit application by the inholding owners. This access would allow the owners to use mechanized equipment to repair about 2.5 miles of road utilizing segments of the historic route and segments of the user-created routes, and conduct periodic, routine maintenance for the upkeep of their access road. Inholders plan on building structures and upkeeping their property using tractors and full-sized

vehicles with trailers. The proposed road is approximately 2.5 miles long by 12 feet wide or 3.64 acres located in Township 11 S, Range 6 E, Sections 22, 23, 26, 27, 34, 35 Pope County, IL.

The electronic project files are located at:

- *LCW Private Inholding | Powered by Box*
- R9SHA1900/WorkingFiles/LCW Private Inholding

**Location of Proposed Action:** Township 11 S, Range 6 E, Sections 22, 23, 26, 27, 34, 35 Pope County, IL






Form Revised 9/01/2021 TAT
Form Revised 11/19/2021 TAT
Form Revised 8/09/2023 TAT

**Forest Plan Direction Review:** The proposed action is in conformance with the Forest Land Management Plan (2006) for the Shawnee National Forest. The proposed action is within the wilderness (WD) management area. A minimum requirement analysis (MRAF) has been completed to assess the minimum impact course of action for the project within the management area.

**Categorical Exclusion Review:**

This proposed action may be categorically excluded from documentation in an EIS or EA because it fits the following category or categories, pending extraordinary circumstances determinations.

Applicable category or categories: **36 CFR 220.6(e)(3)**; Approval, modification, or continuation of special uses that requires less than 20 acres of NFS lands.

This category is applicable for this project because the proposed road is approximately 3.6 acres and represented under paragraph (v) of 36 CFR 220.6(e)(3) which states the approval of special uses for the installation of a driveway or other facilities incidental to the use of a private residence.

**Key Public Contacts To Be Made:**

Ben and Patricia Effland, Larry Capps, Kevin Nelson, Nerissa Capps-Glasden, Jamette Morgan, Francis Pike, Travis Pike, Naomi Pike, Dave and Pamela Bramlet, Derrick and Rosalea Johnson, Robert and Elena Hamilton, Jeremy Nelson, Scott Wright, Leith Konyndyk

Addresses on file with the Shawnee National Forest to protect confidentiality.

**Implementation: Fall 2024/Winter 2025**

**Ground disturbing activities:** Ground disturbing activities anticipated as a result of the proposed action(s)?
☒YES ☐NO

## Additional Project Information:

**Special Authorities:** (*select as applicable*)
☐ None
☐ FS Energy Implementation Plan
☐ Grazing, Rescissions Act
☐ NFP HFRA Title I
☐ NFP HFRA Title II
☐ NFP HFRA Title III
☐ NFP HFRA Title IV
☐ NFP Healthy Forests Initiative CE
☐ NFP Healthy Forests Initiative Demo F
☐ NFP Other
☐ Stewardship Contract

**Project Activities*:** (select as applicable)
☐ Abandoned mine clean-up – ML
☐ Boundary adjustments - BL
☐ Developed site mgmt.- DS
☐ Directive creation/mod. - DC
☐ Dispersed rec. mgmt. - GA
☐ Environmental compliance - EC
☐ Facility improvement/const. - FI
☐ Facility maintenance - MF
☐ Forest veg. improvements - FV
☐ Fuel treatments (non-activity fuels) - FN
☐ Grazing allotment mgmt. - GP
☐ Grazing authorizations - GR
☐ Grazing structural improvements – SI
☐ Heritage resource mgmt. - HR
☐ Land exchanges - PJ
☐ Land purchases - LP
☐ Land use adjustments - AL
☐ Minerals/geology plans of operations - MO
☐ Noxious weed treatments - NW
☐ Order creation/mod. - OC
☐ Plan amendment - MP
☐ Plan creation/revision - CP
☐ Range veg. improvements - RV
☐ Regulation creation/mod. - RC
☐ Research - RE
☐ Road decommissioning - DR
☐ Road improvements/const. - RI
☐ Road maintenance - RD
☐ Roadless area mgmt. - RA
☐ Scenery mgmt. – SC
☐ Special area mgmt. - SA
☐ Special products sales - NC
☒ Special use authorizations - LA
☐ Species habitat improvements - HI
☐ Species pop. Enhancements - PE
☐ Timber sales (green) - TS
☐ Timber sales (salvage) - SS
☐ Trail mgmt. - MT
☐ Travel mgmt. - TR
☐ Watershed improvements - WC
☐ Wilderness mgmt. – WD

*REMEMBER, when the decision is signed you will have to provide a metric (amount) based on the project activity you selected.

**Expected Decision Maker Title:** (*select one*)
☐ District Ranger
☒ Forest Supervisor

**Project Scope:** (*select one*) ☐ District level / ☒ Forestwide

**Overall NEPA Process Status:** (*select one*)
☐ Developing Proposal / ☒ In Progress / ☐ On Hold / ☐ Cancelled / ☐ Completed
*'Developing Proposal' means that public scoping is expected to start within the SOPA period.*
*'In Progress' means that public scoping has started.*
*For an EIS the start of public scoping is denoted by publication of the NOI in the Federal Register.*

**Estimated Statuses:**

**Estimated – Scoping start:** (*month/year*) 11/1/2024
(*Enter Estimated Decision unless project is 'On Hold' or 'Cancelled'.*)
**Estimated – Decision:** (*month/year*) 11/22/2024
(*Enter Estimated Implementation unless project is 'On Hold' or 'Cancelled'.*)
**Estimated – Implementation:** (*month/year*) 2/22/2025
(*Enter the following Estimated Statuses as applicable.*)
**Estimated – 36 CFR 215 comment period start:** (*optional, month/year*) ____________
**Estimated – 36 CFR 218 objection period start:** (*optional, month/year*) ____________
**Estimated – DEIS NOA in Federal Register:** (*optional, month/year*) ____________
**Estimated – FEIS NOA in Federal Register:** (*optional, month/year*) ____________

## Part 1b – Project Directions *(to be completed by the District Ranger)*

**<u>Directions to the team lead:</u>**

**Scope the following:**

☐ Adjacent property owners/affected parties or individuals
☒ Interested parties (All Decisions List)
☐ Project mailing list (if list exists and or prepare project mailing list)
☒ Other(s) Ben and Patricia Effland, Larry Capps, Kevin Nelson, Nerissa Capps-Glasden, Jamette Morgan, Francis Pike, Travis Pike, Naomi Pike, Dave and Pamela Bramlet, Derrick and Rosalea Johnson, Robert and Elena Hamilton, Jeremy Nelson, Scott Wright, Leith Konyndyk
☒ Internal (indicate what resources below in 'Directions to resource specialists' section)

**If scoping externally, scope with a scoping notice:**

☒ Yes
☐ No

**Scope in:**

☐The Shawnee Quarterly (scoping period will be 21 days from publication of the Quarterly)
☐ January / ☐ April / ☐ July / ☐ October
☒ Other – Scoping in November 2024 for 21 days.

**This project is to be documented with a:**

☒ DM & RPI (Parts 1, 2 and 3) that completely and appropriately contain the needed information
☐ LTF & RPI (Parts 1, 2 and 3) that completely and appropriately contain the needed information
☐ RPI/LTF (Parts 1, 2 and 3) that completely and appropriately contain the needed information (RPI suffices as LTF)

**<u>Directions to resource specialists:</u>**

**The following resources are being <u>scoped</u> internally. Resource specialists are to complete Part 2 of this RPI.**

| | |
|---|---|
| ☒ Recreation/Wilderness/Visual | ☐ Law Enforcement/Public Safety |
| ☒ Cultural/Heritage | ☒ Engineering/Roads/Facilities |
| ☒ Wildlife | ☒ Fire/Fuels |
| ☒ Botany | ☒ Timber/Silviculture |
| ☒ Water/Soils | |

**The following resources <u>must</u> answer the questions regarding extraordinary circumstances in Part 2 of the RPI** *(all five boxes below <u>must</u> always be selected / x'ed)***.**

☒ Wilderness
☒ Cultural/Heritage
☒ Wildlife
☒ Botany
☒ Water/Soils

## PART 2 – Preliminary Internal Review and Issue Identification *(to be completed by district staff)*

### Recreation / Wilderness / Visual Resources

__X__ The proposal would not adversely affect unique geographic characteristics such as park, recreation, or refuge lands, wilderness areas, wilderness study area, wild and scenic rivers including those listed on the Department's National Register of Natural Landmarks.

*(Identify the areas that would be affected if any: If areas will be affect are there mitigation measures or design feature to reduce or eliminate impacts?)*

**Are there extraordinary circumstances related to this proposed action for this resource?**

*'X' Yes or No*

| Yes | No | |
|---|---|---|
| X | | Do Congressionally designated areas, such as wilderness, wilderness study areas, or national recreation areas occur within the project area? |
| | X | Do inventoried roadless areas occur within the project area? |

If yes,
- Specify special management area present.
- Is there a cause-effect relationship between the proposed action and the potential effect on this or these resource conditions?
- What is the degree of potential effect on this or these resources?
- Does the degree of potential effect raise uncertainty over its significance?
- Briefly explain in 'Comments' below.

✓ List any key public contacts that need to be made on page 2
✓ Attach any additional information pertaining to this proposal
✓ List requested funding needed to support this proposal
✓ Complete environmental analysis to include review of proposal to determine compliance and or consistency with the Forest Plan and any/all applicable laws, regulations and policies associated with this/these resource area.
✓ Complete wilderness, etc. bullet (third bullet) under 'Resource Conditions' at end of PART 2
✓ Complete inventoried roadless area/potential wilderness areas bullet (fourth bullet) under 'Resource Conditions' at end of PART 2

☒ **Section is complete**

**Recreation Specialists: Kyle Varel** **Date: 10/25/2024**

Comments: A Minimum Requirements Analysis (MRA) was conducted to identify and address effects associated with providing access to private property through Lusk Creek Wilderness. Specialists used the Minimum Requirements Analysis Framework (MRAF), a decision-making guide consistent with FS policy, to evaluate alternatives and how the effects of those alternatives would impact wilderness characteristics. Alternative #3 (of 3) was selected as being least impactful to wilderness character:

"This alternative includes providing motorized access to the private landowners along a redefined route that would combine segments of both the historic road and user-created roads to avoid sensitive areas and reduce natural resource impacts. Providing and delineating a more sustainable route would lessen or eliminate damage from future flooding events and reduce potential impacts to the riparian and aquatic habitat resources that are currently being impacted. This alternative would require the repair of about 2.5 miles of road utilizing segments of the historic route and segments of the user-created routes. Restoration of non-utilized historic and user-created road segments should be done at the same time the redefined road is designated to minimize the impact on the untrammeled, undeveloped, natural, primitive and unconfined wilderness characters."

**MRA Link**

## PART 2 – Preliminary Internal Review and Issue Identification *(to be completed by district staff)*

### Cultural / Historical

_________The proposal has no potential to disturb the ground or damage features or structures (Memo required for project file)
*Memo can be completed by (give earliest date):* Click here to enter a date.
___X____The project area has been inventoried for cultural resources and no sites were found (Archaeological report required)
_________Project design can avoid or protect any known/suspected sites; project needs survey (Archaeological report required)
_________The proposal does not threaten to violate a federal, state, local or tribal law or requirement imposed for the protection of the environment.
_________The proposal would not adversely affect properties listed or eligible for listing in the National Register of Historic Places.

☒YES ☐NO **SHPO consultation is required**
If yes indicate:
Letter was sent to SHPO on **10/24/2024**
☒ The email/letter sent to SHPO is in the project folder
Signed SHPO concurrence was received on **11/6/2024**
☒ The email/letter received from SHPO is in the project folder

☒YES ☐NO **THPO consultation is required**
If yes indicate:
Letter was sent to THPOs on **10/24/2024**
☒ The email/letter sent to THPOs is in the project folder
Signed THPOs concurrence was received on **11/19/2024**
☒ The email/letter received from THPOs is in the project folder

**Are there extraordinary circumstances related to this proposed action for this resource?**
*'X' Yes or No*

| Yes | No | |
|---|---|---|
| | X | Do American Indians and Alaska Native religious or cultural sites occur within the project area? |
| | X | Do archaeological sites, or historic properties or areas occur within the project area? |

If yes,
- Is there a cause-effect relationship between the proposed action and the potential effect on this or these resource conditions?
- What is the degree of potential effect to these resources?
- Does the degree of potential effect raise uncertainty over its significance?
- Briefly explain in 'Comments' below.

NOTE: *Appropriate consultation with Native American tribes is always required under NHPA and ARPA as amended*
- ✓ List any key public contacts that need to be made on page 2
- ✓ Attach any additional information to this document pertaining to this proposal
- ✓ List requested funding needed to support this proposal
- ✓ Complete environmental analysis to include review of proposal to determine compliance and or consistency with the Forest Plan and any/all applicable laws, regulations and policies associated with this/these resource area.
- ✓ Complete religious and cultural sites bullet (sixth bullet) under 'Resource Conditions' at end of PART 2
- ✓ Complete archaeological sites or historic properties bullets (seventh bullet) under 'Resource Conditions' at end of PART 2

☒ **Section is complete**

**Archaeologist/Heritage Specialist:** Heather Carey **Date: 10/24/2024**

Comments: No historic properties are present within the APE.

## PART 2 – Preliminary Internal Review and Issue Identification *(to be completed by district staff)*

### Wildlife / Fish / Threatened, Endangered, Proposed Animal Species

___X___1. No TEP species involved *(go to #4)*
________2. TEP Species involved but No Effect expected *(go to #4)*
________3. TEP involved USFWS consultation expected *(complete 3a – 3f and #4)*

a. Document full analysis of all alternatives and all species for project file; this includes threatened, endangered and proposed species, sensitive species, management indicator species and special interest species.
b. If something can't be mitigated – analyze as an issue in EA
c. Write BA for the preferred alternative
d. Submit BA on preferred alternative to the USFWS
e. Expect concurrence/denial within 30 days
f. Circulate BA for USFS signatures

___X___4. No sensitive species involved.
________5. Sensitive species involved, no impact expected
________6. Sensitive species involved, impact expected.

a. BA/BE Needed.

☐**YES** ☒**NO** **USFWS consultation is required**

If yes indicate:
BA was sent to USFWS on Click here to enter a date.
☐ The email/letter sent to USFWS is in the project folder
Signed USFWS concurrence was received on Click here to enter a date.
☐ The email/letter received from USFWS is in the project folder

**Are there extraordinary circumstances related to this proposed action for this resource?**
*'X' Yes or No*

| Yes | No | Unknown | |
|---|---|---|---|
| | | X | Do Federally listed threatened or endangered species occur within the project area? |
| | **X** | | Does designated critical habitat occur within the project area? |
| | | X | Do Forest Service sensitive species occur within the project area? |

If yes,
- Specify species present.
- Is there a cause-effect relationship between the proposed action and the potential effect on this or these species?
- What is the degree of potential effect to this or these species?
- Does the degree of potential effect raise uncertainty over its significance?
- Briefly explain in 'Comments' below.

✓ List any key public contacts that need to be made on page 2
✓ Attach any additional information to this document pertaining to this proposal
✓ List requested funding needed to support this proposal
✓ Complete environmental analysis to include review of proposal to determine compliance and or consistency with the Forest Plan and any/all applicable laws, regulations and policies associated with this/these resource area.
✓ Complete Federally listed/endangered, sensitive species bullet (first bullet) relevant to wildlife under 'Resource Conditions' at end of PART 2

☒ **Section is complete**

**Wildlife Biologist:** Mark Vukovich **Date: 11/4/2024**

**Comments:** No bat mist-net surveys have occurred in the area for federally-listed species. One known record occurs within the Lusk Creek Wilderness for an eastern small-footed bat, a state endangered species, but it is not near the inholding or road.

Page 81 of SNF Forest Plan Biological Opinion

Special use permits are issued for existing right-of-ways for road repair and maintenance of utilities. Few, if any, trees would be impacted by the issuance of special-use-permits for maintenance. In a few instances, new road right-of-ways across the Forest may need to be cleared of hardwood trees. However, with the application of Indiana bat standards and guidelines and given the small increment of forested habitat impacted, these activities are not likely to result in adverse fitness consequences for Indiana bats. The potential indirect effects associated with issuing new right-of-way permits cannot be assessed at this stage due to the uncertainty of the kinds of actions that may occur.

If any trees need to be removed between 1 April through 15 November, the trees must be checked by a biologist to confirm non-use by listed bats.

## PART 2 – Preliminary Internal Review and Issue Identification *(to be completed by district staff)*

### Botany – Threatened, Endangered, Proposed Plant Species

X______1. No TEP species involved *(go to #4)*
________2. TEP Species involved but No Effect expected *(go to #4)*
________3. TEP involved USFWS consultation expected *(complete 3a – 3f and #4)*

a. Document full analysis of all alternatives and all species for project file; this includes threatened, endangered and proposed species, sensitive species, management indicator species and special interest species.
b. If something can't be mitigated – analyze as an issue in EA
c. Write BA for the preferred alternative
d. Submit BA on preferred alternative to the USFWS
e. Expect concurrence/denial within 30 days
f. Circulate BA for USFS signatures

X______4. No sensitive species involved.
________5. Sensitive species involved, no impact expected
________6. Sensitive species involved, impact expected.

a. BA/BE Needed.

X______7. No new ground disturbing activities associated with this proposed project.

☐YES ☒NO **USFWS consultation is required**
If yes indicate:
BA was sent to USFWS on Click here to enter a date.
☐ The email/letter sent to USFWS is in the project folder
Signed USFWS concurrence was received on Click here to enter a date.
☐ The email/letter received from USFWS is in the project folder

☐YES ☒NO **NRS consultation is required**
If yes indicate:
Letter was sent to NRS on Click here to enter a date.
☐ The email/letter sent to NRS is in the project folder
Signed NRS concurrence was received on Click here to enter a date.
☐ The email/letter received from NRS is in the project folder

**Are there extraordinary circumstances related to this proposed action for this resource?**
*'X' Yes or No*

| Yes | No | None known at this time | |
|---|---|---|---|
| | X | | Do Federally listed threatened or endangered species occur within the project area? |
| | X | | Does designated critical habitat occur within the project area? |
| | | X | Do Forest Service sensitive species occur within the project area? |
| | X | | Do research natural areas occur within the project area? |

If yes,
- Specify resource conditions present.
- Is there a cause-effect relationship between the proposed action and the potential effect on this or these species?
- Is there a cause-effect relationship between the proposed action and the research natural area present?
- What is the degree of potential effect to this area?
- Does the degree of potential effect raise uncertainty over its significance?
- Briefly explain in 'Comments' below.

- ✓ List any key public contacts that need to be made on page 2
- ✓ Attach any additional information to this document pertaining to this proposal
- ✓ List requested funding needed to support this proposal
- ✓ Complete environmental analysis to include review of proposal to determine compliance and or consistency with the Forest Plan and any/all applicable laws, regulations and policies associated with this/these resource area.
- ✓ Complete Federally listed/endangered, sensitive species bullet (first bullet) relevant to plants under 'Resource Conditions' at end of PART 2
- ✓ Complete Research Natural Area bullet (fifth bullet) under 'Resource Conditions' at end of PART 2

☒ **Section is complete**

| | |
|---|---|
| **Botanist:** Clarice Esch | **Date: 10/9/2024** |

**Comments:** The proposed access route, including restoration areas and lead off ditches, was botanically surveyed on 9/5/2024 by Clarice Esch & Nick Seaton. No state-listed, RFSS, or SVE plants were encountered.

Any equipment used in this project should be weed washed prior to entering and leaving the site to reduce spread of any non-native invasive species.



Form Revised 9/01/2021 TAT
Form Revised 11/19/2021 TAT
Form Revised 8/09/2023 TAT

## PART 2 – Preliminary Internal Review and Issue Identification *(to be completed by district staff)*

### Water / Soils

_______The proposed project is not within sole or principal drinking water aquifers, prime farmlands, wetlands, floodplains, or ecologically significant or critical areas.

_______The proposal would not require compliance with Executive Order 11988 (Floodplain Management) 11990 (Protection of Wetlands). *(Identify the law and effect if any)*

_______No new ground disturbing activities associated with this proposed project.

**Are there extraordinary circumstances related to this proposed action for this resource?**

*'X' Yes or No*

| Yes | No | |
|---|---|---|
| x | | Do floodplains occur within the project area? |
| | x | Do wetlands occur within the project area? |
| | x | Do municipal watersheds occur within the project area? |

If yes,
- Is there a cause-effect relationship between the proposed action and the potential effect on this or these resource conditions?
- What is the degree of potential effect this or these resources?
- Does the degree of potential effect raise uncertainty over its significance?
- Briefly explain in 'Comments' below.

- ✓ List any key public contacts that need to be made on page 2
- ✓ Attach any additional information to this document pertaining to this proposal
- ✓ List requested funding needed to support this proposal
- ✓ Complete environmental analysis to include review of proposal to determine compliance and or consistency with the Forest Plan and any/all applicable laws, regulations and policies associated with this/these resource area.
- ✓ Complete floodplains, wetlands, or municipal watersheds bullet (second bullet) under 'Resource Conditions' at end of PART 2

☒ **Section is complete**

**Hydrologist and/or Soil Scientist:** Margaret Anderson **Date: 10/21/2024**

Comments: There are no wetlands or municipal watersheds present. There are prime farmlands present, however there will be no conversion out of cropland. There are no hydric soils present, however there are two potential soil flood zones located at two cross sections. There is one intermittent stream that ends close to the proposed action (see map). A perched water table could be present.

Suitability for roads on natural surfaces vary from poorly suited to moderately suited (See WSS soil report). One or more soil properties are less than desirable, and fair performance can be expected. Some maintenance will be needed. Hazard of erosion on roads and trails are moderate to severe.

This action provides motorized access to the private landowners that would combine segments of both the historic road and user-created roads that would reduce impacts to the soil and water.

Reference:

United States Department of Agriculture, Natural Resources Conservation Service, National forestry manual.

## PART 2 – Preliminary Internal Review and Issue Identification *(to be completed by district staff)*

### Law Enforcement / Public Safety

________The proposal would have no significant adverse effects on public health or safety.

- ✓ List any key public contacts that need to be made on page 2
- ✓ Attach any additional information to this document pertaining to this proposal
- ✓ List requested funding needed to support this proposal

☐ **Section is complete**

**Law Enforcement Officer:** **Date:** Click here to enter a date.

**Comments: NA**



Form Revised 9/01/2021 TAT
Form Revised 11/19/2021 TAT
Form Revised 8/09/2023 TAT

## PART 2 – Preliminary Internal Review and Issue Identification *(to be completed by district staff)*

### Engineering/Roads/Facilities

_______ No Concerns
____X___ The proposal requires design specifications or input – roads, trails, bridges, facilities, utility systems (*write specifics below)*

- ✓ List any key public contacts that need to be made on page 2
- ✓ Attach any additional information to this document pertaining to this proposal
- ✓ List requested funding needed to support this proposal
- ✓ Complete environmental analysis to include review of proposal to determine compliance and or consistency with the Forest Plan and any/all applicable laws, regulations and policies associated with this/these resource area.

☒ **Section is complete**

**Engineer: Austin Henk** **Date: 10/22/2024**

### Comments:

The proposal requires road design input. This input can be found in the PointbyPointDescription.xlsx and the 2525-LuskCreekInholdingEngPtsTopo.pdf attachments.

## PART 2 – Preliminary Internal Review and Issue Identification *(to be completed by district staff)*

### Fire/Fuels

____X__ No Concerns
_______ The proposal requires fuels specialist input. (Described in below in Comments Section)

- ✓ List any key public contacts that need to be made on page 2
- ✓ Attach any additional information to this document pertaining to this proposal
- ✓ List requested funding needed to support this proposal
- ✓ Complete environmental analysis to include review of proposal to determine compliance and or consistency with the Forest Plan and any/all applicable laws, regulations and policies associated with this/these resource area.

☒ **Section is complete**

**Fuels Specialist: Jesse Riechman** **Date: 11/19/2024**

1) **Comments:** The proposed actions are not expected to significantly change the forest fuels or increase fire risk. It is recommended that any excess activity fuels created during the project be distributed away from the road, should it be used for a fire break in the future. For the same reason, workers and equipment should adhere to standard weed washing practices to limit the establishment of invasive hazardous fuels in the proposed project area.

## PART 2 – Preliminary Internal Review and Issue Identification *(to be completed by district staff)*

### Timber/Silviculture

____X___ No Concerns
________ The proposal requires merchantable tree removal. (Described in below in Comments Section)

- ✓ List any cruise information and appraisal results
- ✓ Attach any additional information to this document pertaining to this proposal
- ✓ List requested funding needed to support this proposal
- ✓ Complete environmental analysis to include review of proposal to determine compliance and or consistency with the Forest Plan and any/all applicable laws, regulations and policies associated with this/these resource area.

☒ **Section is complete**

**Timber/Silviculture Specialist:** Anastacia Hanauer **Date: 10/31/2024**

**Comments: None**

## PART 2 – Preliminary Internal Review and Issue Identification *(to be completed by district staff)*

**Resource Conditions** considered in determining whether extraordinary circumstances might exist related to a proposed action that might warrant further analysis in an EA or EIS:

- Federally listed threatened or endangered species or designated critical habitat, species proposed for Federal listing or proposed critical habitat, or Forest Service sensitive species – One known record occurs within the Lusk Creek Wilderness for an eastern small-footed bat, a state endangered species, but it is not near the inholding or road. If any trees need to be removed between 1 April through 15 November, the trees must be checked by a biologist to confirm non-use by listed bats.

- Flood plains, wetlands, or municipal watersheds – There are no wetlands or municipal watersheds present. There are flood plains present in two areas in the proposed action. The proposed action will reduce impacts to the soil and water and will incorporate best management practices including proper drainage to minimize impact.
- Congressionally designated areas such as wilderness, wilderness study areas, or national recreation areas – Project is within the Lusk Creek Wilderness. Minimum Requirements Analysis was completed to determine the plan of action that would cause the least amount of negative effect on the Wilderness area, based on the historic use of the roads over the past 30 years.
- Inventoried roadless areas or potential wilderness areas – None are present.
- Research natural areas – None are present
- American Indians and Alaska Native religious or cultural sites – None are present.
- Archaeological sites, or historic properties or areas – None are present.

**Note**: The mere presence of one or more of these resource conditions does not preclude use of a CE. It is the existence of a cause-effect relationship between a proposed action and the potential effect on these resource conditions and, if such a relationship exists, the degree of the potential effect of a proposed action on these resource conditions that determine whether extraordinary circumstances exist (36 CFR 220.6[b]).

*Be sure to provide resource background and rationale. Is there something unique to this proposal or existing resource conditions that would lead to greater degree of effects than would typically be anticipated for similar actions?*

The proposed access will have some scrutiny over activities permitted in a Wilderness Area. The mere presence of wilderness does not preclude the need for allowing access to the property in-holders based on those criteria alone. There was pre-existing access prior to the area being wilderness. The analysis conducted by the agency was used to determine any potential effects on the resources. Allowing a Special Use Permit to the in-holders will allow the upkeep of the road and minimize erosion and sediment movement within the wilderness. The permits will also allow the agency to minimize the unauthorized and illegal ATV/UTV activities occurring in the area detracting from the wilderness experience by visitors. The MRAF describes the alternatives and the least impactful alternative to the wilderness management area.

## PART 3a – Scoping Summary *(to be completed by project lead)*

This project was scoped ☐ Internally ☒ Externally

☒ If scoped externally and scoping distributed electronically by a NEPA specialists *(to be completed by NEPA specialist)*:

- The following individuals, organizations or entities were scoped:

Ben and Patricia Effland, Larry Capps, Kevin Nelson, Nerissa Capps-Glasden, Jamette Morgan, Francis Pike, Travis Pike, Naomi Pike, Dave and Pamela Bramlet, Derrick and Rosalea Johnson, Robert and Elena Hamilton, Jeremy Nelson, Scott Wright, Leith Konyndyk

- Scoping began on **11/1/2024** and ended on **11/22/2024**.

☒ **Section is complete**
**NEPA Specialist:** Kamden Summers **Date: 11/23/2024**

☒ If scoped externally and scoping distributed by project lead *(to be completed by project lead)*:

- The following individuals, organizations or entities were scoped:

Ben and Patricia Effland, Larry Capps, Kevin Nelson, Nerissa Capps-Glasden, Jamette Morgan, Francis Pike, Travis Pike, Naomi Pike, Dave and Pamela Bramlet, Derrick and Rosalea Johnson, Robert and Elena Hamilton, Jeremy Nelson, Scott Wright, Leith Konyndyk

- Scoping began on **11/1/2024** and ended on **11/22/2024**.

Scoping (external) comments were received ☒ YES ☐ NO
If yes:

- Scoping comments are filed in the project folder at:

  *LCW Private Inholding | Powered by Box*
  R9SHA1900\WorkingFiles\LCW Private Inholding Access\Email Record\Response to Comments

- Indicate who commented and summarize comment(s).

- Indicate how comment(s) were considered.

- Indicate any pertinent situations that were brought up during scoping for consideration and why they do not constitute extraordinary circumstances to the seven resource conditions.

## PART 3b – Consultation Summary *(to be completed by project lead)*

- U.S. FWS consultation was necessary and required ☐ YES ☒ NO

  If yes, concurrence has been received ☐ YES ☐ NO. Consultation and concurrence correspondence are filed in the project folder at: NA

- SHPO consultation was necessary and required ☒ YES ☐ NO

  If yes, concurrence has been received ☒ YES ☐ NO. Consultation and concurrence correspondence are filed in the project folder at: *LCW Private Inholding | Powered by Box*

- THPO consultation was necessary and required ☒YES ☐NO
  If yes, concurrence has been received ☒YES ☐NO. Consultation and concurrence correspondence are filed in the project folder at: *LCW Private Inholding | Powered by Box*

- NRS consultation was necessary and required ☐YES ☒NO
  If yes, concurrence has been received ☐YES ☐NO. Consultation and concurrence correspondence are filed in the project folder at: NA

## PART 3c – Preliminary Decision (Responsible official to complete the following)

☐YES ☒NO This proposal would have *significant and controversial* environmental effects

☐YES ☒NO *Extraordinary circumstances* are found associated with this project

☐YES ☒NO The proposal is *directly related to other actions* which are individually insignificant, but cumulatively have significant effects

☐YES ☒NO The proposal would have *highly uncertain or potentially significant environmental effects* and involves unique or unknown environmental risks

☐YES ☒NO The proposal would *establish a precedent* for future action(s) or represents a decision in principle about a future consideration with potentially significant environmental effects

☐YES ☒NO This completed RPI (Parts 1, 2 and 3) documents that extraordinary circumstances were considered for the seven resource conditions and serves as a letter/memo to file.

☒YES ☐NO *Proceed with the development of a Decision Memo for line officer signature

☐YES ☒NO **This proposal, as stated, requires further analysis and an environmental assessment is required

**Date: 1/21/2025**

1/21/2025

X Dennis B. Wilson

Dennis Wilson
District Ranger
Signed by: DENNIS WILSON

***Reviewed/Approved By:**

***If this project will require a decision memo, return this document to the project leader listed on page 1 for development of a project record and skip Part 4.***

*****If this project will require a decision notice complete Part 4 and return this document to the project leader for development of a project record.***

## PART 4 – Interdisciplinary Team Members and Timelines

IDT LEADER: Click here to enter Name. IDT MEMBER: Click here to enter Name.

IDT MEMBER: Click here to enter Name. IDT MEMBER: Click here to enter Name.

IDT MEMBER: Click here to enter Name. IDT MEMBER: Click here to enter Name.

The proposal has been reviewed to determine if any of the exceptions described in 36 CFR 220.6 and FSH 1909.15, Chapter 30.