**ARCHAEOLOGICAL SURVEY/TESTING SHORT REPORT**
Illinois State Historic Preservation Office
One Natural Resources Way, Springfield, IL 62702
(217) 785-4997

**SHPO Log # _**

**LOCATIONAL INFORMATION AND SURVEY CONDITIONS**

**County:** Pope **Quadrangle:** Eddyville 7.5"

**Project type/title:** CRR# 09-08-04-161 Phase I Archaeological Survey for Lusk Creek Wilderness Private Inholding

**Funding and/or permitting Federal/State agencies:** USDA – U.S. Forest Service – Shawnee National Forest

**Legal location:** **Township:** 11S **Range:** 6E **Section(s):** 22, 23, 26, 27, 34, 35

**Natural Division:** Shawnee Hills Division

**U.T.M.** 16S 365325 4155950 (Beginning point), 16S 366516 4153604 (Ending point)

**Centerpoint**: 16S 365286 4154500

**Project description:** This project involves the issuance of a special use permit to provide year-round mechanized transportation use and maintenance to owners of a 1-acre and 87-acre private inholding within the Lusk Creek Wilderness Area. Implementation of this project would allow the owners to use mechanized equipment to repair about 2.5 miles of road utilizing segments of the historic route, as well as segments of user-created routes, and to conduct periodic, routine maintenance for the upkeep of their access road. The proposed access road is approximately 2.5 miles long by 12 feet wide totaling approximately 19.73 acres.

**Topography:** Topography within the project area consists of broad upland ridgetops dissected by moderate slopes and several narrow drainages.

**Soils:** Soils include Grantsburg silt loam 2-5% slopes, 5-10% slopes, eroded, 10-18% slopes, eroded and severely eroded; Wellston silt loam 5-10% slopes, 10-18% slopes, 18-35% slopes; Zanesville silt loam 10-18% slopes, eroded and severely eroded; Burnside silt loam 1-4% slopes, occasionally flooded.

**Drainage:** Lusk Creek

**Land use/ground cover (include % visibility):** National Forest land includes mature hardwood forests, as well as pine plantations, brush, and weeds with a range of 5-10% surface visibility.

**Survey limitations:** None

**ARCHAEOLOGICAL AND HISTORICAL INFORMATION**

**Historic plats/atlases/sources:** 1807 GLO Plat Maps for Pope County; Warner and Beers 1876 Atlas of Illinois Pope County; IIAS GIS database; 1926 and 1955 Plat Maps for Pope County; 1925 USGS Harrisburg and 1961 USGS Harrisburg 15' Quadrangle Maps; 1938 Aerial Photographs of the Shawnee National Forest; Forest Service Land Acquisition maps and records; Shawnee National Forest GIS database; and National Register of Historic Places.

**Previously reported sites:** 11PP545 (adjacent to APE)

**Previous surveys:**
2003 CRR# 09-08-04-118 Trails Designation Project - Lusk Creek, Bay Creek, Big Grand Pierre Creek, and Eagle Creek (SHPO Log# 010122705).

**Investigation techniques:** Systematic shovel testing was performed at 15- meter intervals within the area of potential effect.

**Time expended:** 16 hours

**Sites located:** None

**Cultural material:** N/A

**Curated at:** N/A

**Collection techniques:** NA

**Area surveyed (acres/m$^2$):** 19.73 acres (79844.4772 square meters) were surveyed.

**RESULTS OF INVESTIGATION AND RECOMMENDATIONS**

_X_ Phase I archaeological reconnaissance has located no archaeological material;

__ Phase I archaeological reconnaissance has located archaeological materials; site(s) does (do) not meet requirements for National Register eligibility; Project clearance is recommended.

__ Phase I archaeological reconnaissance has located archaeological materials; site(s) may meet requirements for National Register eligibility; Phase II testing is recommended.

__ Phase II archaeological investigation has indicated that site(s) does (do) not meet requirements for National Register eligibility; Project clearance is recommended.

__ Phase II archaeological investigation has indicated that site(s) meet requirements for National Register eligibility; Determination of eligibility is recommended.

**COMMENTS:** Portions of the area of potential effect (APE) were previously surveyed as part of the 2003 CRR# 09-08-04-118 Trails Designation Project - Lusk Creek, Bay Creek, Big Grand Pierre Creek, and Eagle Creek (SHPO Log# 010122705). As a result of this survey, 11PP545 (FS#09080400646), located near but not within the APE, was identified and recorded. The site was previously determined not eligible for the National Register of Historic Places with concurrence from the State Historic Preservation Office (SHPO Log# 010122705).

**Surveyor(s):** Kamden Summers and Elizabeth Gehling, USFS Archaeological Technicians
**Date:** October 3 and 10, 2024

**Report completed by:** Kamden Summers, USFS Archaeological Technician
**Date:** 10/18/2024

**Submitted by (signature and title):** Heather Carey, Heritage Program Manager/Tribal Liaison, USFS-Shawnee National Forest

**ATTACHMENT CHECK LIST (#1 through #4 are MANDATORY)**

_X_ 1) Relevant portion of USGS 7.5' topographic quadrangle map(s) showing project location and any recorded sites;

_X_ 2) project map(s) depicting survey limits and, when applicable, approximate site limits and concentrations of cultural materials;

___ 3) site form(s);

___ 4) all relevant project correspondence;

___ 5) additional information sheets as necessary.

**Contact Person:** Heather Carey
Heritage Program Manager/Tribal Liaison
521 North Main Street
Jonesboro, IL 62952

**Phone Number:** (b) (6) [redacted] Ext. 104
**Email:** heather.carey@usda.gov

(b) (3) (A)

[redacted]

Figure 1. Vicinity Map

(b) (3) (A)

[redacted]

Figure 2. Map of APE

(b) (3) (A)

[redacted]

Figure 3. Sketch Map